UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAGISTRATE JUDGE NO. 04-817-MBB

**UNITED STATES OF AMERICA**

v.

**ADAM ELLARD
TAVON ROBINSON
STEVEN TUCKER**

<u>ORDER OF VOLUNTARY DETENTION</u>

**MAY 3, 2004**

**BOWLER, Ch.U.S.M.J.**

On May 3, 2004, defense counsel stated in open court that their clients would enter into a period of voluntary detention without prejudice. This court will promptly reopen the issue of detention upon motion of the defendants (individually).

It is therefore **ORDERED** that the defendants be detained. This court orders the defendants's detention subject to the following conditions:

    (1) The defendants be, and they hereby are, committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2) The defendants be afforded reasonable opportunity

for private consultation with their counsel; and

(3)  On Order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendants are confined shall deliver the defendants to an authorized Deputy U.S. Marshal for the purpose of any appearance in connection with a court proceeding.

*/s/ Marianne B. Bowler*
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge