UNITED STATES
~~COMMONWEALTH OF MASSACHUSETTS~~

_____ ss.

FILED
IN CLERKS OFFICE
04cr10168 PBS  Court
Docket No. 2004 JUN 14 P 2:55

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES
~~COMMONWEALTH OF MASSACHUSETTS~~  )
                                  )
v.                                )
                                  )
    Tavon Robinson                )

## MOTION TO DISMISS APPOINTED ATTORNEY
## AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, Tavon Robinson, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

(✓) Disagreement on strategy;

( ) Failure to obtain a bail appeal;

(✓) Lack of understanding between me and my attorney;

(✓) Failure to present my best interests;

(✓) Other:

Mr Cox' actions speak louder than his words & his actions have proven to me that he has NO interest in the betterment of my current statis in the U.S. district court. If necessary, I can provide written proof of my statement.

Date: 6·9·04

Respectfully submitted,

_____, Pro Se
26 Long Pond Road
Plymouth, MA  02360