UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN 17 P 12: 49

| | |
|---|---|
| UNITED STATES | U.S. DISTRICT COURT DISTRICT OF MASS. |
| v. | CRIMINAL NO. 04-CR-10168-PBS |
| TAVON ROBINSON | |

## MOTION TO WITHDRAW

Appointed counsel for the defendant Tavon Robinson hereby moves this honorable

Court to allow him to withdraw from further representation of the defendant.

In support thereof, counsel states that there are irreconcilable differences between

counsel and the defendant, and Mr. Robinson's defense would be best served by the assignment

of new and different counsel. It is the belief of counsel that the breakdown in communication

with Mr. Robinson is complete and irretrievable.

Respectfully submitted,

*Roger A. Cox*

Roger A. Cox BBO# 551514
Cox & Cox
30 Main Street
Ashland, MA 01721-1178
(508) 231-1460

DATED: June 14, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion has been served by prepaid first-class
mail upon AUSA Michael Pelgro, One Courthouse Way, Boston, MA 02210, and Tavon
Robinson, Plymouth House of Correction, Plymouth, MA 02360, this 14th Day of June,
2004. *Roger A. Cox*