UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 AUG -6 P II: 52

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DISTRICT COURT |
| vs ) | OF MASS |
| ) | 04 CR 10168 PBS |
| ADAM ELLERD, ET AL ) | |

### MOTION OF THE DEFENDANT, TAVON ROBINSON, FOR COPY OF DETENTION HEARING TRANSCRIPT

Now comes the defendant, Tavon Robinson, who has been adjudged indigent, and moves that the Court provide him with a copy of this detention hearing that took place on May 3, 2004 before Judge-Magistrate Bowler.

Respectfully submitted
Tavon Robinson
by his attorney,

Paul F. Markham
P.O. Box 1101
Melrose, MA 02176
781-665-1800
Fax 281-665-4448
B.B.O. 3208