UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs )
) 04 CR10168 PBS
)
ADAM ELLERD, ET AL )

## MOTION OF THE DEFENDANT, TAVON ROBINSON, FOR A BILL OF PARTICULARS

Now comes the defendant, Tavon Robinson, and moves that the Court direct the government to file a bill of particulars with respect to Count Four of the indictment, stating the manner and means by which the defendant furthered a drug trafficking crime by the alleged possession of the firearm described in said count.

### REQUEST FOR ORAL ARGUMENT

It is respectfully requested that the Court hear oral argument on this motion as oral argument will assist the Court.

Respectfully submitted
Tavon Robinson
by his attorney,

Paul F. Markham
P.O. Box 1101
Melrose, MA 02176
781-665-1800
Fax 281-665-4448
B.B.O. 3208

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a tr[ue copy of] the above document was served [on the] attorney of record for each party by mail.

Date: 8/5/04