UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 04 CR10168 PBS |
| ) | |
| ADAM ELLERD, ET AL ) | |

### MOTION OF THE DEFENDANT, TAVON ROBINSON, TO SUPPRESS

The defendant, Tavon Robinson, moves that the firearm described and referred to on Counts Four and Five of the indictment be suppressed. The defendant relies on the Memorandum of Law filed herewith in support of this motion.

### REQUEST FOR ORAL ARGUMENT

It is respectfully requested that the Court hear oral argument on this motion and submits that oral argument will assist the Court in deciding this motion.

Respectfully submitted
Tavon Robinson
By is attorney,

Paul F. Markham
PO Box 1101
Melrose, MA 02176
781-665-1800
B.B.O. 320820

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.

Date: 8/27/04

1