# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

    v.

CR. NO. 04-10168-PBS

TAVON ROBINSON

## *NOTICE*

September 10, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **hearing on docket entry # 27 (Motion of the Defendant, Tavon Robinson, for a Bill of Particulars)** at **2:45 p.m., Tuesday, September 21, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

    /s/
   **MARIANNE B. BOWLER**
   Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**