UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-CR-10168PBS |
| ) | |
| TAVON ROBINSON , ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION FOR LEAVE OF COURT TO SEAL ITS OPPOSITION TO DEFENDANT'S SUPPRESSION MOTION**

Now comes the United States of America, by and through the undersigned counsel, and moves this Honorable Court to seal the government's Opposition to Defendant's Suppression Motion and attached exhibits. The government makes this request because included as an Exhibit to the government's Opposition is the grand jury transcript of a cooperating individual. It is in the best interests of justice and of the cooperating individual for this grand jury testimony to remain out of the public domain at this time.

**CONCLUSION**

For all the foregoing reasons, the government's Motion should be allowed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
DAVID G. TOBIN
Assistant U.S. Attorney

9/22/04
Allowed temporarily. The government shall refile a sanitized brief which deletes confidential information.
Patti Saris