UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | 04 CR10168 PBS |
| | ) | |
| ADAM ELLERD, ET AL | ) | |

### MOTION OF THE DEFENDANT, TAVON ROBINSON, FOR A TRANSCRIPT OF THE HEARING ON MOTION TO SUPPRESS

Now comes the defendant, Tavon Robinson, and moves that the Court provide him with a copy of the hearing on his Motion To Suppress that took place on October 15, 2004

Respectfully submitted
Tavon Robinson
by his attorney,

Paul F. Markham
P.O. Box 1101
Melrose, MA 02176
781-665-1800
Fax 281-665-4448
B.B.O. 3208