# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES
v.
TAVON ROBINSON

**EXHIBIT LIST**

CASE NUMBER: 04-CR-10168 PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SARIS D.J. | DAVID TOBIN | PAUL MARKHAM |
| TRIAL DATE(S) 10-5-04, 10-27 | COURT REPORTER Debra Joyce / Marie Cloonan | COURTROOM DEPUTY Robert Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10-27-04 | | | Letter, FBI report & envelope from Tavon Robinson to Cleo Marcer |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages