# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES
v.
TAVON ROBINSON

**WITNESS LIST**

CASE NUMBER: 04-CR-10168-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SARIS D.J | DAVID TOBIN | PAUL MARKHAM |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 10-5-04, 10-27 | DEBRA JOYCE / MARIE CLOONAN | ROBERT ALBA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 10-5-04 |  |  | TAVON ROBINSON - DEFENDANT |
| 1 |  | 10-27-04 |  |  | CLEO MARCEN |
| 2 |  | 10-27-04 |  |  | STEVEN V. STORY - SA - DEA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages