UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | 04CR10168 PBS |
| ) | |
| ADAM ELLERD, ET AL ) | |

## MOTION TO APPROVE EXPENSES

Defendant Tavon Robinsonhereby moves that the Court authorize his counsel to expend 485.58 fore copies of tapes made at The Duplicating Center

                                                                    Respectfully submitted
                                                                     Tavon Robinson
                                                                      by his attorney,

*/s/ Paul F. Markham*

Paul F. Markham
P.O. Box 1101
Melrose, MA 02176
781-665-1800
Fax 281-665-4448
B.B.O. 3208

November 5, 2004