UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | 04 CR10168 PBS |
| ) | |
| ADAM ELLERD, ET AL ) | |

## MOTION OF THE DEFENDANT, TAVON ROBINSON, FOR A TRANSCRIPT OF THE HEARING ON MOTION TO SUPPRESS

Now comes the defendant, Tavon Robinson, and moves that the Court provide his court appointed attorney, Paul F. Markham, with a copy of the hearing on his Motion To Suppress that took place on October 27, 2004. The defendant submits that a copy of the requested transcript is necessary to prepare his defense to the charges in the indictment in this case.

Respectfully submitted
Tavon Robinson
by his attorney,

*/s/ Paul Markham*

Paul F. Markham
P.O. Box 1101
Melrose, MA 02176
781-665-1800
Fax 281-665-4448
B.B.O. 3208