UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | 04 CR10168 PBS |
| | ) | |
| ADAM ELLERD, ET AL | ) | |

## MOTION TO APPROVE EXPENSES

Defendant Tavon Robinson hereby moves that the Court authorize his counsel to expend $85.58 for copies of tapes made at The Duplicating Center.

Respectfully submitted
Tavon Robinson
by his attorney,

Paul F. Markham
P.O. Box 1101
Melrose, MA 02176
781-665-1800
Fax 281-665-4448
B.B.O. 3208

November 17, 2004