# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

CRIMINAL NO. 04-10168-PBS

UNITED STATES OF AMERICA

v.

ADAM ELLARD
WILLIE HESTER
TAVON ROBINSON
STEVEN TUCKER

## *FINAL STATUS REPORT*

December 6, 2004

**BOWLER, Ch. U.S.M.J.**

  The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

  1.  The Indictment in the above-entitled case, which charges the defendants with conspiracy to possess with the intent to distribute and to distribute cocaine, was returned on May 27, 2004;

  2.  Defendants Adam Ellard, Willie Hester, Tavon Robinson and Steven Tucker were arraigned on the Indictment on June 21, 2004;

  3.  Defendants Adam Ellard, Willie Hester, Tavon Robinson and Steven Tucker are in custody on the charges;

4. At the time of the arraignments, the attorney for the government estimated that the government would call approximately 12 to 15 witnesses and that the trial would last approximately one week;

5. Defense counsel for Adam Ellard, Willie Hester and Steven Tucker have indicated that the case will be resolved by way of a plea of guilty;

6. Defense counsel for Tavon Robinson has indicated that the case will be resolved by way of a trial;

7. As of the date of this Final Status Report, time has been excluded through December 6, 2004;

8. This case is hereby returned to the district judge to whom it is assigned.

    /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge