UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-CR-10168-PBS |
| ) | |
| v.                    ) | **VIOLATIONS:** |
| ) | |
| (1) ADAM ELLARD        ) | 21 U.S.C. § 846 - |
| (2) WILLIE HESTER      ) | Conspiracy to Possess with Intent |
| (3) TAVON ROBINSON     ) | to Distribute, and to Distribute, |
| (4) STEVEN TUCKER      ) | Cocaine |
| ) | |
| Defendants.    ) | 21 U.S.C. § 841(a)(1)- |
| ) | Possession With Intent To |
| ) | Distribute and Distribution of |
| ) | Cocaine Base |
| ) | |
| ) | 21 U.S.C. § 841(a)(1) - |
| ) | Possession With Intent To |
| ) | Distribute and Distribution of |
| ) | Cocaine |
| ) | |
| ) | 18 U.S.C. § 2 - |
| ) | Aiding and Abetting |
| ) | |
| ) | 18 U.S.C. § 922(g)(1) - |
| ) | Felon in Possession of a Firearm |
| ) | |
| ) | 18 U.S.C. § 924(c)(1) - Possession |
| ) | of a Firearm in Furtherance of |
| ) | a Drug Trafficking Offense |
| ) | |
| ) | 21 U.S.C. § 853 - |
| ) | Criminal Forfeiture Allegation |

### SUPERSEDING INDICTMENT

**COUNT ONE:**    **(21 U.S.C. § 846 - Conspiracy to Possess with
                   Intent to Distribute and to Distribute Cocaine)**

The Grand Jury charges that:

    In or about April 2004, at Boston and elsewhere in the

District of Massachusetts,

                    **1. ADAM ELLARD,**

**2. WILLIE HESTER,**
**3. TAVON ROBINSON, and**
**4. STEVEN TUCKER,**

defendants herein, did knowingly and intentionally combine,
conspire, confederate, and agree with each other, and with other
persons unknown to the Grand Jury, to distribute and to possess
with intent to distribute cocaine, a Schedule II controlled
substance, in violation of Title 21, United States Code, Section
841(a)(1).

All in violation of Title 21, United States Code, Section
846.

**COUNT TWO:**     **(21 U.S.C. §841(a)(1)- Possession with Intent to Distribute and Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about March 9, 2004, at Boston, in the District of Massachusetts,

**1. ADAM ELLARD,**

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, cocaine base, commonly known as "crack" cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the offense described herein involved 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE**:    **(21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute and Distribution of Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about April 12, 2004, at Boston, in the District of Massachusetts,

1. **ADAM ELLARD,**
2. **WILLIE HESTER,**
3. **TAVON ROBINSON, and**
4. **STEVEN TUCKER,**

defendants herein, did knowingly and intentionally distribute and possess with intent to distribute cocaine, a schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

-4-

**COUNT FOUR**:     **(18 U.S.C. § 922(g)(1) - Felon in Possession of Firearms)**

The Grand Jury further charges that:

On or about April 12, 2004, at Boston, in the District of Massachusetts,

### 3. TAVON ROBINSON,

defendant herein, did knowingly and intentionally possess firearms, to wit: (1)a Ruger P89, nine-millimeter semi-automatic pistol bearing serial number 315-10946 and (2) a Lorcin nine-millimeter semi-automatic pistol bearing serial number L105037, in and affecting foreign and interstate commerce, after having been convicted in a court of a crime punishable by a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT FIVE**:    **(18 U.S.C. § 924(c)(1)(A) - Possession of a Firearm In Furtherance of a Drug Trafficking Offense)**

The Grand Jury further charges that:

On or about April 12, 2004, at Boston, in the District of Massachusetts,

### 3. TAVON ROBINSON,

defendant herein, did knowingly and intentionally possess firearms, to wit: (1)a Ruger P89, nine-millimeter semi-automatic pistol bearing serial number 315-10946 and (2) a Lorcin nine-millimeter semi-automatic pistol bearing serial number L105037, in furtherance of drug trafficking crimes, to wit: the offenses alleged in Counts One and Three of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1).

**FORFEITURE ALLEGATION:**    **(21 U.S.C. § 853)**

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts 1 through 3 of this Indictment,

> 1. **ADAM ELLARD,**
> 2. **WILLIE HESTER,**
> 3. **TAVON ROBINSON, and**
> 4. **STEVEN TUCKER,**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.    If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants –

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF ADDITIONAL FACTORS

The grand Jury further finds:

1.   As to the offenses charged in Counts One through Three of this Indictment and relevant conduct as described in U.S.S.G. §1B1.3, the defendant Adam Ellard is accountable for a quantity of cocaine base ("crack") and cocaine that, when converted to marijuana as provided by USSG § 2D1.1 (drug equivalency table), is equivalent to at least 100 kilograms of marijuana but less than 400 kilograms of marijuana.  Accordingly, USSG § 2D1.1(c)(7) applies to this defendant.

2.   The defendant ADAM ELLARD, at the time of the offenses charged in this indictment, was a career offender.  Accordingly, USSG §2D1.1 applies to this defendant.

3.   As to the offenses charged in Counts One and Three of this Indictment and relevant conduct as described in U.S.S.G. §1B1.3, the defendant Willie Hester is accountable for at least 25 grams but less than 50 grams of cocaine Accordingly, USSG § 2D1.1(c)(13) applies to this defendant.

4.   As to the offenses charged in Counts One and Three in this Indictment, the defendant Willie Hester was an organizer, leader, manager, and supervisor of a criminal activity that involved five or more participants and was otherwise extensive.  Accordingly, USSG §3B1.1(a) applies to this defendant.

5.   As to the offenses charged in Counts One and Three

-9-

of this Indictment and relevant conduct as described in U.S.S.G. §1B1.3, the defendant Tavon Robinson is accountable for at least 25 grams but less than 50 grams of cocaine.  Accordingly, USSG § 2D1.1(c)(13) applies to this defendant.

6.    As to the offenses charged in Counts One and Three of this Indictment and relevant conduct as described in U.S.S.G. §1B1.3, the defendant Steven Tucker is accountable for at least 25 grams but less than 50 grams of cocaine.  Accordingly, USSG § 2D1.1(c)(13) applies to this defendant.

TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
DAVID G. TOBIN
Assistant U.S. Attorney


    DISTRICT OF MASSACHUSETTS; December ___, 2004.

    Returned into the District Court by the Grand Jurors and

filed.

_____
DEPUTY CLERK  12/16/04
           @ 3:55 PM


-11-

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____    **Category No.** II _____    **Investigating Agency** DEA _____

**City** Boston _____    **Related Case Information:**

**County** Suffolk _____    Superseding Ind./ Inf.  X _____    Case No.    04-CR-10168 PBS
Same Defendant    X _____    New Defendant _____
Magistrate Judge Case Number    04-817-MBB _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Tavon Robinson _____    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   150 Staniford Street, Boston, MA _____

Birth date (Year only): 1979  SSN (last 4 #): 9049  Sex M  Race: Black _____  Nationality: USA _____

**Defense Counsel if known:**    Roger Cox, Esquire _____    Address: **30 Main Street, Suite 9**
**Ashland, MA** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Michael J. Pelgro; David G. Tobin _____    Bar Number if applicable _____

Interpreter:    ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes  ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

Arrest Date:    **April 12, 2004** _____

☒ Already in Federal Custody as   April 13, 2004 _____  in   USMS _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____  on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  4 counts _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: Dec. 16, 2004 _____    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Tavon Robinson

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21/846 | Conspiracy To Distribute Cocaine | One |
| Set 2  21/841(a)(1) and 18/2 | Distribution of Cocaine – Aiding and Abetting | Three |
| Set 3  18/922(g)(1) | Felon In Possession Of Firearms | Four |
| Set 4  18/924(c)(1) | Possession/Firearms/Furtherance/Drug/Traffick | Five |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

robinson.js45.form.wpd - 1/15/04 (USAO-MA)

**JS 45  (5/97) - (Revised USAO MA 1/15/04)**

<u>**Criminal Case Cover Sheet**</u>                    <u>**U.S. District Court - District of Massachusetts**</u>

Place of Offense: _____    Category No.  II _____    Investigating Agency  DEA _____

City  Boston _____    **Related Case Information:**

County  Suffolk _____    Superseding Ind./ Inf.   X _____    Case No.    04-CR-10168 PBS

Same Defendant    X _____    New Defendant _____

Magistrate Judge Case Number    04-817-MBB _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Willie Hester _____    Juvenile    ☐ Yes    ☒ No

Alias Name    "Little Willie Hester" _____

Address   151 Broadway, Everett, MA _____

Birth date (Year only):  1984 __ SSN (last 4 #):  0718 __ Sex  M __ Race:    Black _____ Nationality:  USA _____

**Defense Counsel if known:**    Syrie Fried, Esquire _____    **Address:  Federal Defender Office**

**Bar Number:** _____    **Boston, MA** _____

**U.S. Attorney Information:**

AUSA  Michael J. Pelgro; David G. Tobin _____    Bar Number if applicable _____

Interpreter:    ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes    ☒ No

☐ **Warrant Requested**        ☐ **Regular Process**        ☒ **In Custody**

**Location Status:**

Arrest Date:    **April 12, 2004** _____

☒ Already in Federal Custody as   April 13, 2004 _____    in    USMS _____ .

☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    2 counts _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  Dec 16, 2004 _____    Signature of AUSA:  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Willie Hester _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21/846 | Conspiracy To Distribute Cocaine | One |
| Set 2 | 21/841(a)(1) and 18/2 | Distribution of Cocaine – Aiding and Abetting | Three |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

hester.js45.form.wpd - 1/15/04 (USAO-MA)

✏JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency**   DEA

**City**   Boston          **Related Case Information:**

**County**   Suffolk          Superseding Ind./ Inf.   X          Case No.   04-CR-10168 PBS
                             Same Defendant   X          New Defendant
                             Magistrate Judge Case Number   04-817-MBB
                             Search Warrant Case Number
                             R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Adam Ellard          Juvenile:          ☐ Yes    X No

Alias Name

Address   Shepton Street, Dorchester, MA

Birthdate: 1972   SS # 9734   Sex: Male   Race: Caucasion   Nationalit USA

**Defense Counsel if known:**   James J. Coviello, Esquire   Address 281 Beach Street

Bar Number                                   Revere, MA

**U.S. Attorney Information:**

AUSA   Michael J. Pelgro; David G. Tobin          Bar Number if applicable

**Interpreter:**   ☐ Yes   X No          List language and/or dialect:

**Matter to be SEALED:**   ☐ Yes   X   No

      ☐ Warrant Requested          ☐ Regular Process          X          In Custody

**Location Status:**

Arrest Date          April 12, 2004

X Already in Federal Custody as of          April 13, 2004          in   USMS          .
☐ Already in State Custody at          ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by:          on

**Charging Document:**   Complaint          ☐ Information          X Indictment

**Total # of Counts:**   ☐ Petty          ☐ Misdemeanor          X Felony 3 counts

Continue on Page 2 for Entry of U.S.C. Citations

X   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: Dec 16 2004   Signature of AUSA: _____

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Adam Ellard

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21/846 | Conspiracy To Distribute Cocaine | One |
| Set 2  21/841(a)(1) | Distribution of Cocaine Base | Two |
| Set 3  21/841(a)(1) & 18/2 | Distribution of Cocaine – Aiding and Abetting | Three |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

ellard.js45.form.wpd - 2/7/02

&JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                        **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II _____    **Investigating Agency** DEA _____

**City**  Boston _____          **Related Case Information:**

**County**  Suffolk _____       Superseding Ind./ Inf.  X _____    Case No.  04-CR-10168 PBS
                                          Same Defendant    X _____    New Defendant _____
                                          Magistrate Judge Case Number    04-817-MBB _____
                                          Search Warrant Case Number _____
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Steven Tucker _____          Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address   289 Merrimack Street, #6, Manchester, NH _____

Birth date (Year only):  1985    SSN (last 4 #):  1796  Sex  M  Race:    Black _____    Nationality:  USA _____

**Defense Counsel if known:**    **Matthew Feinberg, Esquire**        **Address:** 125 Summer Street _____
                                                                          Boston, MA _____
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Michael J. Pelgro; David G. Tobin _____    **Bar Number if applicable** _____

Interpreter:    ☐ Yes ☒ No        List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes    ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

**Arrest Date:**    April 12, 2004 _____

☒ Already in Federal Custody as   April 13, 2004 _____    in    USMS _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    2 counts _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:** Dec 16, 2004    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Steven Tucker

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21/846 | Conspiracy To Distribute Cocaine | One |
| Set 2   21/841(a)(1) and 18/2 | Distribution of Cocaine – Aiding and Abetting | Three |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

tucker.js45.form.wpd - 1/15/04 (USAO-MA)