```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA** )
                                   )
       v.                        )     Criminal No. 04-CR-10168-PBS
                                   )
                                   )
**TAVON ROBINSON,**               )
       **Defendant**         )

### Government's Witness List

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro and David G. Tobin, Assistant U.S. Attorneys, hereby files this list of witnesses whom the government may call during its case-in-chief. The government reserves the right to modify or amend this list upon reasonable notice to the defendant.

**Civilian Witnesses**

1. Adam Ellard – Boston, MA;

2. Lloyd Powell – Boston, MA;

3. Sophie Barnes – Brockton, MA;

4. Cleo Mercer – Manchester, NH;

5. Christine Wheeler – Manchester, NH;

6. Justin Wheeler – Manchester, NH;

7. Grissel Rivera – Manchester, NH;

8. Erica Griffin – Newport, NC;

9. Keeper of the Records, Hampstead Trading Post – Hampstead, NC;

10. Keeper of the Records, Riley's Sports Supply – Manchester, NH;

11.    Keeper of the Records, Budget Rent-A-Car Company – Boston, MA;

12.    Keeper of the Records, Econo Lodge Hotel – Manchester, NH;

13.    Keeper of the Records, Suffolk Superior Court – Boston, MA;

14.    Keeper of the Records, Cumberland County Superior Court – Bridgeton, NJ;

**Drug Enforcement Administration – Boston, MA**

15.    Group Supervisor Richard Guerard;

16.    Special Agent Steven Story;

17.    Special Agent David DiTullio;

18.    Special Agent Kevin Sawyer;

19.    Special Agent Daniel Genese;

20.    Special Agent Clem Fisher;

21.    Special Agent Paul Karamourtopoulis;

22.    Special Agent Timothy Desmond;

23.    Special Agent Edgar Sarabia;

24.    Task Force Agent Joseph Gallarelli;

25.    Chemist Roger Godino – New York City, NY;

**Other Law Enforcement Witnesses**

26.    Detective Sean Connors, Gloucester Police Department – Gloucester, MA;

27.    Detective James Marr, Gloucester Police Department – Gloucester, MA;

28.    Detective Sergeant Kenneth Sucharski, Manchester Police Department – Manchester, MA;

29.    Deputy Maurice Aguilar, Essex County Sheriff's

Department – Middleton, MA;

    30.  Deputy Amauris Calcano, Essex County Sheriff's Department – Middleton, MA;

    31.  Officer Martin Lydon, Boston Police Department – Boston, MA;

    32.  Lieutenant Kenneth Martin, Massachusetts State Police – Sudbury, MA;

    33.  Special Agent Daniel Campbell, Bureau of Alcohol, Tobacco, Firearms & Explosives – Boston, MA; and

    34.  Special Agent Philip Ball, Bureau of Alcohol, Tobacco, Firearms & Explosives – Boston, MA.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/Michael J. Pelgro
    Michael J. Pelgro
    David G. Tobin
    Assistant U.S. Attorneys

DATED:    December 29, 2004.