```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA** )
                             )   **Criminal No. 04-CR-10168 PBS**
    **v.**                        )
                             )
**TAVON ROBINSON**               )
                             )
    **Defendant.**                )

## GOVERNMENT'S TRIAL EXHIBIT LIST

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and David G. Tobin and Michael J. Pelgro, Assistant U.S. Attorneys, hereby submits its Exhibit List for the above-captioned case.  The United States reserves the right to modify this list by adding or deleting exhibits.

1. Aerial photographs of crime scene;
2. Engineering drawing of crime scene;
3. DEA Kel tape, N-162;
4. Diagram and photos of defendant and three co-defendants depicting their locations in the two cars;
5. Transcript of Kel Tape, DEA Exhibit N-162 (for ID);
6. Cocaine, DEA Exhibit 76;
7. Cocaine Base, DEA Exhibit 77;
8. Marijuana, DEA Exhibit 78;
9. Currency serialization list, DEA Exhibit N-173;
10. Documents from pocket of defendant, DEA Exhibit N-188;

11. Photos of Ford Focus;

12. Budget car rental records;

13. Ruger pistol and bullets, DEA Exhibit N-164;

14. Lorcin pistol and bullets, DEA Exhibit N-165;

15. T-shirt, DEA Exhibit N-167;

16. Raven pistol, DEA Exhibit N-163;

17. White sock, DEA Exhibit N-168;

18. Four bullets (rounds), DEA Exhibit N-166;

19. Blue ski mask, DEA Exhibit N-170;

20. Box of latex gloves, DEA Exhibit N-169;

21. Documents from Honda, DEA Exhibit N-172;

22. Hampstead Trading Post records;

23. Riley's Sport Shop records; and

24. DEA Laboratory analysis records and DEA 7s.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ David G. Tobin
    DAVID G. TOBIN
    MICHAEL J. PELGRO
    Assistant U.S. Attorneys

Dated: January 3, 2005