UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | 04 CR10168 PBS |
| | ) | |
| ADAM ELLERD, ET AL | ) | |

## MOTON IN LIMINE

Now comes the defendant, Tavon Robinson, and says that his attorney was advised by the attorney for the government today that the government intends to introduce into evidence the small amounts of crack cocaine and marijuana found on his person at the time of his arrest. The defendant moves that the government be precluded mentioning in its opening or introducing into evidence the said marijuana or crack cocaine for the reason that the defendant is not charged with possession either crack cocaine of marijuana and any reference to the defendant's possession of said drugs would be highly prejudicial and is immaterial to the charges in the indictment.

Respectfully submitted
Tavon Robinson
by his attorney,

*Paul Markham*

Paul F. Markham
P.O. Box 1101
Melrose, MA 02176
781-665-1800
Fax 281-665-4448
B.B.O. 3208

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail — hand.

Date: 12/27/04  *Paul Markham*