# United States District Court

PAGE 1

DISTRICT OF **MASSACHUSETTS**

UNITED STATES
v.
TAVON ROBINSON

**EXHIBIT LIST**

CASE NUMBER: 04-CR-10168-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SARIS | MIKE PELGRO, DAVID TOBIN | PAUL MARKHAM |
| TRIAL DATE(S) 1-3-05, 1-4, 1-5, 1-6, 1-7 | COURT REPORTER LEE MARZILLI | COURTROOM DEPUTY ROBERT ALBA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 1-3-05 | | ✓ | PLAN DRAWING OF SOUTH BAY PLAZA |
| 2 | | 1-3-05 | | ✓ | PLAN DRAWING OF BICKFORDS PARKING AREA |
| 3 | | 1-4-05 | | ✓ | ENLARGED PHOTOGRAPH |
| 4 | | 1-4-05 | | ✓ | ENLARGED PHOTOGRAPH |
| 5 | | 1-4-05 | | ✓ | CASSETTE TAPE |
| 6 | | 1-4-05 | | ✓ | SCHEMATIC OF INDIVIDUALS IN CARS |
| | 1 | 1-4-05 | | ✓ | PORTION OF TRANSCRIPT |
| 11 | | 1-4-05 | | ✓ | TRANSCRIPT OF EXHIBIT 5 |
| 8 | | 1-5-05 | | ✓ | BAG OF COCAINE |
| 9 | | 1-5-05 | | ✓ | PLEA AGREEMENT - ADAM ELLARD |
| 20 | | 1-5-05 | | ✓ | BUDGET RENT-A-CAR RECORDS |
| 10 | | 1-5-05 | | ✓ | LIST OF CASH |
| 13 | | 1-5-05 | | ✓ | ITEM FOUND ON TAVON ROBINSON |
| 14 | | 1-6-05 | | ✓ | RUGER HANDGUN |
| 14A | | 1-6-05 | | ✓ | UNFIRED BULLETS |
| 14B | | 1-6-05 | | ✓ | MAGAZINE FROM RUGER HANDGUN |
| 15 | | 1-6-05 | | ✓ | LORSON HANDGUN |
| 15A | | 1-6-05 | | ✓ | UNFIRED BULLETS |
| 15B | | 1-6-05 | | ✓ | MAGAZINE FROM LORSON HANDGUN |
| 16 | | 1-6-05 | | ✓ | WHITE T-SHIRT |
| 19 | | 1-6-05 | | ✓ | STIPULATION RE: TWO HANDGUNS |
| 25 | | 1-6-05 | | ✓ | ENLARGED PHOTOGRAPH OF FORD FOCUS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

UNITED STATES vs. TALON ROBINSON    CASE NO. 04-CR-10168-PBS

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 26 | | 1-6-05 | | ✓ | ENLARGED PHOTOGRAPH OF FORD FOCUS |
| 23A | | 1-6-05 | | ✓ | RECEIPT FOR RUGER HANDGUN |
| 23 | | 1-6-05 | | ✓ | CERTIFICATE OF AUTHENTICITY - RILEY'S SPORT SHOP |
| 22 | | 1-6-05 | | ✓ | BUSINESS RECORD |
| 18 | | 1-6-05 | ✓ | | LATEX EXAM GLOVES |
| 28 | | 1-6-05 | ✓ | ✓ | STIPULATION |
| 12 | | 1-6-05 | ✓ | ✓ | STIPULATION |
| 24 | | 1-7-05 | ✓ | ✓ | Stipulation |