# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES
v.
TAVON ROBINSON

**WITNESS LIST**

CASE NUMBER: 04-CR-10168-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SARIS | MIKE PELGRO, DAVID TOBIN | PAUL MARKHAM |
| TRIAL DATE(S) 1-3-05, 1-4, 1-5, 1-6, 1-7 | COURT REPORTER LEE MARZILLI | COURTROOM DEPUTY ROBERT ALBA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1-3-05, 1-4-05 | | | STEVEN STORY — DEA |
| 2 | | 1-4-05, 1-5-05 | | | DAVID MICHAEL DITULLIO — DEA |
| 3 | | 1-5-05 | | | ADAM ELLARD |
| 4 | | 1-5-05 | | | CLEO MERCER |
| 5 | | 1-5-05 | | | RICHARD GUERARD — DEA |
| 6 | | 1-5-05 | | | DANNY GENESE — DEA |
| ~~10~~ | | ~~1-5-05~~ | | | ~~(crossed out)~~ |
| 7 | | 1-5-05, 1-6-05 | | | KEVIN SAWYER — DEA |
| 8 | | 1-6-05 | | | CHRISTINE WHEELER |
| 9 | | 1-6-05 | | | JUSTIN WHEELER |
| 10 | | 1-6-05 | | | DANIEL CLAGON |
| 11 | | 1-6-05 | | | |
| 12 | | 1-6-05, 1-7-05 | | | SEAN CONNERS — GLOUSTER P.D. |
| | 10 | 1-7-05 | | | Tavon Robinson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages