UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | 04 CR10168 PBS |
| | ) | |
| ADAM ELLERD, ET AL | ) | |

### MOTION OF THE DEFENDANT, TAVON ROBINSON, FOR JUDGEMENT OF ACQUITTAL

Now comes the defendant, Tavon Robinson, and moves, pursuant to Rule 29(c), that the court order that a judgment of acquittal be entered on counts 4 and 5 of the indictment for the reason that the evidence is insufficient to sustain a conviction of the offenses alleged in said counts.

### REQUEST FOR ORAL ARGUMENT

It is respectfully requested that the Court hear oral argument on this motion and submits that oral argument will assist the Court in deciding this motion.

Respectfully submitted
Tavon Robinson
by his attorney,

Paul F. Markham
P.O. Box 1101
Melrose, MA 02176
781-665-1800
Fax 281-665-4448
B.B.O. 3208

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served on the attorney of record for each party by hand.

Date: 1/11/05