UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                           )
UNITED STATES              )
                           )
        v.                 )    CRIMINAL 04-10168-PBS
                           )
TAVON ROBINSON,            )
            Defendant.     )
_____)
```

*Received 1-10-05 3:45 PM*

SPECIAL VERDICT FORM

Saris, U.S.D.J.

1. Felon in Possession of Firearms

    Not Guilty _____       Guilty ✓

2. Possession of a Firearm in Furtherance of a Drug Trafficking Offense

    Not Guilty _____       Guilty ✓

We, the jury, unanimously concur in the above answers.

*[signature]*
JURY FOREPERSON

Dated: January 10, 2005