UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_United States_, )   Civil No. _____
  Plaintiff(s)    )
                  )
Vs.               )   Criminal No. _04-10168-PBS_
                  )
_Tavon Robinson_, )   Received 1-7-05 4:54 PM
  Defendant(s)    )
                  )

Does posession of a firearm for personal ~~use~~ protection constitute furtherance if it is brought to the event.

DATED at Boston on _January 7, 2005_

TIME: _4:_

_____
Signature of Foreperson