UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_United States_, )
    Plaintiff(s) )
                Vs. )
_Tavon Robinson_, )
    Defendant(s) )

Civil No. _____

Criminal No. 04-10168-PBS

Received 1-10-05 9:10 am

See attached exhibit 1.

DATED at Boston on January 10, 2005

TIME: 9:10 am

_Richard B. Bang_
Signature of Foreperson

Jury Question:

With respect to the second count of the indictment, we understand that "mere possession" of a gun does not constitute furtherance as that word has been described to us. However, we seek clarity and/or guidance with regard to any acts, by commission or omission, or attributes associated with other applicable elements of furtherance. Specifically, we seek clarity and/or guidance with regard to:

- Acts and/or attributes associated with advancement. Does presence of a gun establish advancement?
- Acts and or attributes associated with proximity. What guidelines can be employed in order to establish proximity?
- Acts and/or attributes associated with accessibility. What attributes of physical presence or nearness support or, alternatively, eliminate the notion of accessibility?