UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | 04 CR10168 PBS |
| | ) | |
| ADAM ELLERD, ET AL | ) | |

### MOTION FOR PAYMENT OF INTERIM FEES

Now comes Paul F. Markham, the court appointed counsel for the defendant, Tavon Robinson, in the above entitled case and respectfully moves that he be paid for interim fees accrued since his appointment on June 21, 2004. Since that time counsel has expended in excess of 150 hours including court appearances, research, interviews, review of records, including discovery materials, and travel. The defendant has pled to two of the counts of the indictment and a jury is currently considering its verdict on the remaining two counts. It is submitted, that no matter what the jury's verdict is, no final judgment will be entered in the case, as to Tavon Robinson, until after Pretrial Services Report has conducted a preliminary pretrial investigation and has filed a final Presentence report and the defendant has been sentenced. That procedure could require two months to complete. It has been counsel's experience that payment is not usually received until two months after bills are submitted.

Based upon the foregoing the said Paul F. Markham moves that he be paid interim compensation for services performed from the date of his appointment to the present time so that payment for those services will not be delayed for an additional four months.

Respectfully submitted,

*Paul F. Markham*
Paul F. Markham

*[Handwritten margin note: 1/10/05 Allowed Paul B Saris]*