UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | 04 CR10168 PBS |
| | ) | |
| ADAM ELLERD, ET AL | ) | |

### MOTION OF THE DEFENDANT, TAVON ROBINSON, FOR THE COURT TO EXAMINE A JUROR AND A MISTRIAL

Now comes the defendant, Tavon Robinson, in the above entitled case and moves that the court examine the juror referred to in the attached Affidavit of Brian Morris in order to determine whether the jury's verdict was unanimous and voluntary and to declare a mistrial if the court, after examining the juror, determines that the verdict did not represent the voluntary and unanimous verdict of the jury.

### REQUEST FOR ORAL ARGUMENT

It is respectfully requested that the Court hear oral argument on this motion and submits that oral argument will assist the Court in deciding this motion.

Respectfully submitted
Tavon Robinson
By is attorney,

Paul F. Markham
PO Box 1101
Melrose, MA 02176
781-665-1800
B.B.O. 320820

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail by hand.

Date: 1/11/05

## AFFIDAVIT

I, Brian Morris of Melrose, Massachusetts, state as follows:

I am a friend of Tavon Robinson and attended his trial in the United States District Court. On January 10, 2005, after the jury returned its verdict, I was retrieving my cell phone at the Marshal's desk on the first floor of the courthouse. One of the jurors was also retrieving an item from the Marshal at the same time. This juror was middle aged, heavy set, had salt and pepper hair and goatee and wore glasses. He was seated in the first row in the jury box, approximately three of four seats from the left. We left the courthouse and were walking together in the direction of the bridge to Boston and I said to him, "I'm curious, what made you guys go that way instead of our way?" He replied, "I'm one of the guys who wanted to go your way, but ten others wanted to go the other way." Then he said "the kid didn't have a gun in his waist or in his jacket and after all that time I was tired of the bull shit and didn't want to disagree with the others in open court."

He also said that this was the second jury he had been on and "will never go through this bull shit again".

_____
Brian Morris

Signed and sworn to before me this 11th day of January, 2005.

_____
Paul F. Markham, Notary Public
My commission expires:
August 4, 2011