UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | 04 CR10168 PBS |
| | ) | |
| ADAM ELLERD, ET AL | ) | |

### MEMORANDUM IN SUPPORT OF THE DEFENDANT TAVON ROBINSON'S MOTION FOR MISTRIAL

The defendant submits that a mistrial be granted in the above entitled case for the reason that, as shown by the memorandum attached to the motion for mistrial, that the verdict did not represent the voluntary and unanimous verdict of the jurors. United States v. Manning, 79 F. 3d 212, 222. (1st Cir. 1996)

Respectfully submitted
Tavon Robinson
By is attorney,

Paul F. Markham

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by hand/mail

Date: 1/11/05