UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10168-PBS |
| ) | |
| **TAVON ROBINSON** ) | |
| ) | |

### GOVERNMENT'S MOTION TO ENLARGE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to enlarge the time the United States has to file a response to the defendant's Motion For The Court To Examine a Juror And A Mistrial. The United States moves that the date for its response be enlarged to March 11, 2005. As grounds for this motion, the undersigned notifies the Court that counsel for the government was on trial before Judge Zobel February 1 through 3, 2005; and the undersigned Assistant U.S. Attorney has annual training with the United States Army Reserve scheduled the week of February 28, 2005.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                              By: */s/ David G. Tobin*
                                        DAVID G. TOBIN
                                        Assistant U.S. Attorney

Dated: February 8, 2005