FILED
UNITED STATES DISTRICT COURT OFFICE
FOR THE DISTRICT OF MASSACHUSETTS

2005 MAR 14  P 2: 45

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | 04 CR10168 PBS |
| ) | |
| ADAM ELLERD, ET AL ) | |

MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE OBJECTIONS
TO THE PRESENTENCE REPORT

Now comes the defendant, Tavon Robinson, through his attorney and respectfully requests that the time within which objections to the Presentence Report be extended from March to April 4, 2005. Counsel did not receive a copy of the 49e report until Friday, March 11. Said Report contains many areas that the defendant wishes to challenge and more time is required in order to permit counsel to review the Report with the defendant who is in custody. Counsel also needs time to research the effect of the decision in *United States v. Booker* on this case and the Presentence Report.

Respectfully submitted
Tavon Robinson
by his attorney,

Paul F. Markham
P.O. Box 1101
Melrose, MA 02176
781-665-1800
Fax 281-665-4448
B.B.O. 3208

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.
Date: 3/11/05