ATTORNEY ASSIGNMENT REQUEST

                                                              Case & Defendant

Defendant:_Tavon Robinson___          Number_04-CR-10168-PBS_

Date of Appointment:_April 27, 2005__      Appointed by:_Saris, D.J._

Attorney Withdrawn  _Paul Markham_      Date of Withdrawal_ April 27, 2004_

Reason for Withdrawal_ Defendant requests appointment of new CJA counsel for purposes of Appeal

Number of Counts_Four__

Charge(s) and Cite(s)_

1s  21:846 Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine

3s  21:841(a)(1) Possession with Intent to Distribute and Distribution of Cocaine Base 18:2 Aiding and Abetting

4s 18:922(g)(1) Felon in Possession of Firearms

5s 18:924(c)(1)(A) Possession of a Firearm in Furtherance of a Drug Trafficking Offense

Indictment____X_____       Information_____    Probation Revocation_____

Number of Defendants_____5_____

Judge Code___0129__

Special Instructions:_Appointment of counsel for purposes of appeal post sentencing.

                                                         _/s/ Robert C. Alba__
                                                           Deputy Clerk

                                                       Dated _April 27, 2005___

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Attorney Assignment Form**

                                                                                            [attyreq.;kattyreq.]