UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.   CRIMINAL NO.   04-10168-PBS

TAVON ROBINSON
   Defendant

MEMORANDUM OF SENTENCING HEARING
AND
REPORT OF STATEMENT OF REASONS

Saris, D.J.

   Counsel and the defendant were present for sentencing hearing on 4/27/04. The Court has considered the factors set forth in 18 U.S.C. §3553(a), including the sentencing guidelines. The reasons for sentence were stated in open court.

1. (a)   Were all factual statements contained in the Presentence Report (PSR) adopted without objection?

   _____ yes   __X__ no

   (b)   If no to (a) the PSR was adopted in part with the exception of the following factual issues in dispute:

   SEE BELOW.

2.   Are any legal issues in dispute?

   __X__ yes   _____ no

   If yes, describe disputed issues and their resolution:

   DEFENDANT ASSERTS HE SHOULD GET A 2 LEVEL REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY. I GIVE DEFENDANT A TWO LEVEL REDUCTION ON THE DRUG CHARGES TO WHICH HE PLEADED GUILTY.

   THE GOVERNMENT ASKS FOR AN OBSTRUCTION OF JUSTICE ENHANCEMENT UNDER §3C1.1. I FIND THAT DEFENDANT PERJURED HIMSELF WHEN HE TESTIFIED AT TRIAL, AND THEREBY OBSTRUCTED JUSTICE.

   DEFENDANT PROTESTS DRUG AMOUNT. I AGREE WITH THE DEFENDANT THAT THE DRUG AMOUNT SHOULD BE 14 PURSUANT TO 2D.1.1(c) (AT LEAST 5 KILOGRAMS, BUT LESS THAN 10 KILOGRAMS OF MARIJUANA). DEFENDANT OBJECTS ON THE GROUND THAT "RESISTING ARREST" IS NOT A CRIME OF VIOLENCE. I AGREE WITH THE PSR ON THIS POINT.

**DEFENDANT OBJECTS TO THE CONVICTION IN ¶94 BECAUSE HE WAS TRIED IN ABSENTIA, BUT EVEN IF HE PREVAILS, IT DECREASES THE CHC ONLY 1 LEVEL.**

2. (a)   Tentative findings as to advisory guidelines are:

    Total Offense Level: _____22_____

    Criminal History Category: _____V_____

    __137__ to __156__ months imprisonment

    __36__ to _____ months supervised release

    $__7,500__ to $__2 MILLION__ fine

    (plus $_____ cost of imprisonment/supervision)

    $_____ restitution

    $__400.00__ special assessment ($_____ on each of counts _____)

(b)   Are there any legal objections to tentative findings?

    __X__ yes   ____ no

3. (a)   Remarks by counsel for defendant.[1]

    __X__ yes   ____ no

(b)   Defendant speaks on own behalf.

    __X__ yes   ____ no

(c)   Remarks by counsel for government.

    __X__ yes   ____ no

4. (a)   The sentence will be imposed as follows:

    __137__ months imprisonment [WITH A RECOMMENDATION TO FCI IN PENNSYLVANIA WITH A 500 HOUR DRUG TREATMENT PROGRAM]

    _____ months/intermittent community confinement

    _____ months probation

    __36__ months supervised release

    $ __NONE__ fine (including cost of imprisonment/supervision)

    $ _____ restitution

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

   $ __400.00__ special assessment ($_____ on each of counts _____)

   Other provisions of sentence: (community service, forfeiture, etc.):

    - DRUG TESTING
    - DEFENDANT SHALL PROCURE FULL TIME EMPLOYMENT (OR GET A COLLEGE DEGREE)

 (b) After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

5. Statement of reasons for imposing sentence. Check appropriate space.

 (a) _X_ Sentence is within the advisory guideline range

 (b) ___ Sentence departs from the advisory guideline range as a result of:

  ___ substantial cooperation upon motion of the government

OR

  ___ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

6.(a) Is the sentence under the advisory sentencing guidelines reasonable in light of the factors set forth in 18 U.S.C. §3553(a)

   _X_ yes  ___ no

 (b) If no, why is the guideline sentence unreasonable?

 (c) Is restitution applicable in this case?

   ___ yes  _X_ no

  Is full restitution imposed?

    \_\_\_\_ yes     \_\_\_\_\_ no

If no, less than full restitution is imposed for the following reasons:


(d)    Is a fine applicable in this case?

    __X__ yes     \_\_\_\_\_ no

Is the fine within the guidelines imposed?

    \_\_\_\_\_ yes     __X__ no

If no, the fine is not within guidelines or no fine is imposed for the following reasons:

__X__ Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; OR

__X__ Imposition of a fine would unduly burden the defendant's dependents; OR

\_\_\_ Other reasons as follows:


7.    Was a plea agreement submitted in this case?

    \_\_\_\_\_ yes     __X__ no


8.    The PSR is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

9.    Judgment will be prepared by the clerk in accordance with above.

10.     The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

                                        S/PATTI B. SARIS

**Date**                              **United States District Judge**