### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10168

United States of America

v.

Tavon Robinson

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/2/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 3, 2005.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __5/3/05__ .

_Barchard_

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprcc.]

APPEAL, MAG

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10168-PBS-ALL

Case title: USA v. Ellard et al                     Date Filed: 05/27/2004
Magistrate judge case number: 1:04-mj-
                              00817-MBB

---

Assigned to: Judge Patti B.
Saris
Referred to: Magistrate Judge
Marianne B Bowler

**Defendant**

**Adam Ellard** (1)                 represented by  **James J. Coviello**
                                                    Law Office of James J.
                                                    Coviello
                                                    303 Main St.
                                                    Charlestown, MA 02129
                                                    617-242-6832
                                                    Fax: 617-241-0911
                                                    Email:
                                                    JJCLawOffice@aol.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE*
                                                    *NOTICED*
                                                    *Designation: CJA*
                                                    *Appointment*

**Pending Counts**                                  **Disposition**

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Cocaine

(1)

21:846 Conspiracy to Possess
with Intent to Distribute and
to Distribute Cocaine
(1s)

21:841(a)(1) Possession with
Intent to Distribute, and
Distribution of Cocaine Base
(2)

21:841(a)(1) Possession with
Intent to Distribute and
Distribution of Cocaine Base
(2s)

21:841(a)(1) Possession with
Intent to Distribute; and
Distribution of Cocaine; 18:2
Aiding and Abetting
(3)

21:841(a)(1) Possession with
Intent to Distribute and
Distribution of Cocaine Base
18:2 Aiding and Abetting
(3s)

**Highest Offense Level
(Opening)**
Felony

**Terminated Counts**              **Disposition**
None

**Highest Offense Level
(Terminated)**
None

## Complaints

21:846=CD.F Conspiracy to
Distribute a Controlled
Substance

## Disposition

---

Assigned to  Judge Patti B.
Saris
Referred to: Magistrate Judge
Marianne B. Bowler

## Defendant

**Willie Hester (2)**
*TERMINATED: 03/22/2005*

represented by **Syrie D. Fried**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: syrie_fried@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Public Defender*
*or Community Defender*
*Appointment*

## Pending Counts

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Cocaine
(1)

## Disposition

The defendant is hereby
committed to the custody of
the United States Bureau of
Prisons to be imprisoned for a

21:846 Conspiracy to Possess
with Intent to Distribute and
to Distribute Cocaine
(1s)

total term of 15 months.
Defendant is remanded to the
custody of the United States
Marshal. Upon release from
imprisonment, the defendant
shall be on supervised release
for a term of 36 months.
Defendant is to participate in
mental health counseling and
treatment, in-patient if
necessary, at the direction of
U.S. Probation. Defendant is
to get a G.E.D. Defendant is
to procure employment. The
$200.00 Special Assessment
is due immediately.

21:841(a)(1) Possession with
Intent to Distribute; and
Distribution of Cocaine; 18:2
Aiding and Abetting
(3)

21:841(a)(1) Possession with
Intent to Distribute and
Distribution of Cocaine Base
18:2 Aiding and Abetting
(3s)

The defendant is hereby
committed to the custody of
the United States Bureau of
Prisons to be imprisoned for a
total term of 15 months.
Defendant is remanded to the
custody of the United States
Marshal. Upon release from
imprisonment, the defendant
shall be on supervised release
for a term of 36 months.
Defendant is to participate in
mental health counseling and
treatment, in-patient if
necessary, at the direction of
U.S. Probation. Defendant is

to get a G.E.D. Defendant is
to procure employment. The
$200.00 Special Assessment
is due immediately.

## Highest Offense Level (Opening)

Felony

## Terminated Counts                    Disposition

None

## Highest Offense Level (Terminated)

None

## Complaints                           Disposition

21:846=CD.F Conspiracy to
Distribute a Controlled
Substance

---

Assigned to: Judge Patti B.
Saris

## Defendant

**Tavon Robinson** (3)          represented by **Paul Markham**
*TERMINATED: 04/28/2005*                        PO Box 1101
                                                Melrose, MA 02176
                                                781-665-1800
                                                Fax: 781-665-4448
                                                Email:
                                                PaulMarkham@comcast.net
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE*

*NOTICED*
*Designation: CJA*
*Appointment*

**Roger A. Cox**
Cox & Cox
30 Main Street
Ashland, MA 01721
508-231-1460
Fax: 508-231-1405
Email:
coxcox@bellatlantic.net
*TERMINATED: 06/21/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: CJA*
*Appointment*

**Pending Counts**

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Cocaine
(1)

**Disposition**

Defendant is hereby
committed to the custody of
the United States Bureau of
Prisons to be imprisoned for a
total term of 137 months: 77
months on counts 1s, 3s, and
4s concurrently with each
other; 60 months on count 5s
consecutive to terms imposed
on counts 1s, 3s, and 4s. The
Court makes a
recommendation to a FCI in
Pennsylvania with a 500 hour

21:846 Conspiracy to Possess
with Intent to Distribute and
to Distribute Cocaine
(1s)

drug treatment program.
Defendant is remdanded to
the custody of the United
States Marshal. Upon release
from imprisonment, the
defendant shall be on
supervised release for a term
of 36 months. Defedant is to
participate in drug testing
under the terms and direction
of US Probation. Defendant is
to procure full-time
employment, or get a college
degree. The $400.00 Special
Assessment is due
immediately.

21:841(a)(1) Possession with
Intent to Distribute; and
Distribution of Cocaine; 18:2
Aiding and Abetting
(3)

21:841(a)(1) Possession with
Intent to Distribute and
Distribution of Cocaine Base
18:2 Aiding and Abetting

Defendant is hereby
committed to the custody of
the United States Bureau of
Prisons to be imprisoned for a
total term of 137 months: 77
months on counts 1s, 3s, and
4s concurrently with each
other; 60 months on count 5s
consecutive to terms imposed
on counts 1s, 3s, and 4s. The
Court makes a
recommendation to a FCI in
Pennsylvania with a 500 hour
drug treatment program.
Defendant is remdanded to
the custody of the United

(3s)

States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. Defedant is to participate in drug testing under the terms and direction of US Probation. Defendant is to procure full-time employment, or get a college degree. The $400.00 Special Assessment is due immediately.

18:922(g)(1) Felon in Possession of Firearms (4)

18:922(g)(1) Felon in Possession of Firearms (4s)

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 137 months: 77 months on counts 1s, 3s, and 4s concurrently with each other; 60 months on count 5s consecutive to terms imposed on counts 1s, 3s, and 4s. The Court makes a recommendation to a FCI in Pennsylvania with a 500 hour drug treatment program. Defendant is remdanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. Defedant is to

participate in drug testing under the terms and direction of US Probation. Defendant is to procure full-time employment, or get a college degree. The $400.00 Special Assessment is due immediately.

18:924(c)(1)(A) Possession of a Firearm in Furtherance of a Drug Trafficking Offense (5)

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 137 months: 77 months on counts 1s, 3s, and 4s concurrently with each other; 60 months on count 5s consecutive to terms imposed on counts 1s, 3s, and 4s. The Court makes a recommendation to a FCI in Pennsylvania with a 500 hour drug treatment program. Defendant is remdanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. Defedant is to participate in drug testing under the terms and direction of US Probation. Defendant is to procure full-time

18:924(c)(1)(A) Possession of a Firearm in Furtherance of a Drug Trafficking Offense (5s)

employment, or get a college degree. The $400.00 Special Assessment is due immediately.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

### Disposition

## Highest Offense Level (Terminated)

None

## Complaints

21:846=CD.F Conspiracy to Distribute a Controlled Substance

### Disposition

---

Assigned to: Judge Patti B. Saris
Referred to: Magistrate Judge Marianne B. Bowler

## Defendant

**Steven Tucker (4)**
*TERMINATED: 03/09/2005*

represented by **Matthew H. Feinberg**
Feinberg & Kamholtz
125 Summer Street
6th Floor
Boston, MA 02110
617-526-0700
Fax: 617-526-0701

Email: mattfein@feinberg-kamholtz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: CJA*
*Appointment*

**Pending Counts**

21:846 Conspiracy to Possess
with Intent to Distribute, and
to Distribute, Cocaine
(1)

**Disposition**

Defendant is hereby
committed to the custody of
the United States Bureau of
Prisons to be imprisoned for a
total term of 21 months.
Defendant is remanded to the
custody of the United States
Marshal. Upon release from
imprisonment, the defendant
shall be on supervised release
for a term of 36 months.
Defendant is to participate in
substance abuse treatment
and testing as directed by US
Probation. Defedant is to
participate in mental health
counseling as directed by US
Probation. Defendant shall
get his G.E.D.. Defendant
shall procure employment.
Defendant shall have a
curfew of 11:00 pm for the
first year of Supervised
Release. The $200.00 Special

21:846 Conspiracy to Possess
with Intent to Distribute and
to Distribute Cocaine
(1s)

21:841(a)(1) Possession with
Intent to Distribute; and
Distribution of Cocaine; 18:2
Aiding and Abetting
(3)

Assessment is due
immediately.

21:841(a)(1) Possession with
Intent to Distribute and
Distribution of Cocaine Base
18:2 Aiding and Abetting
(3s)

Defendant is hereby
committed to the custody of
the United States Bureau of
Prisons to be imprisoned for a
total term of 21 months.
Defendant is remanded to the
custody of the United States
Marshal. Upon release from
imprisonment, the defendant
shall be on supervised release
for a term of 36 months.
Defendant is to participate in
substance abuse treatment
and testing as directed by US
Probation. Defendant is to
participate in mental health
counseling as directed by US
Probation. Defendant shall
get his G.E.D.. Defendant
shall procure employment.
Defendant shall have a
curfew of 11:00 pm for the
first year of Supervised
Release. The $200.00 Special
Assessment is due
immediately.

**Highest Offense Level
(Opening)**

Felony

## Terminated Counts                    Disposition
None

## Highest Offense Level
## (Terminated)
None

## Complaints                           Disposition
21:846=CD.F Conspiracy to
Distribute a Controlled
Substance

Assigned to  Judge Patti B.
Saris
Referred to: Magistrate Judge
Marianne B. Bowler

## Defendant

**Norman Barnes** (5)          represented by   **Max D. Stern**
*TERMINATED: 02/24/2005*                       Stern, Shapiro, Weissberg &
                                               Garin
                                               Suite 500
                                               90 Canal Street
                                               Boston, MA 02114-2022
                                               617-742-5800
                                               Fax: 617-742-5858
                                               Email: mdstern@sswg.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE*
                                               *NOTICED*
                                               *Designation: CJA*
                                               *Appointment*

## Pending Counts

## Disposition

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 21 months. The Court makes a recommendation to Ft. Devens. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. The $200.00 Special Assessment is due immediately.

21:846 Conspiracy to Possess with Intent to Distribute, and to Distribute, Cocaine
(1)

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 21 months. The Court makes a recommendation to Ft. Devens. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. The $200.00 Special Assessment is due immediately.

21:841(a)(1) Possession with Intent to Distribute; and Distribution of Cocaine; 18:2 Aiding and Abetting
(3)

## Highest Offense Level
## (Opening)

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**
None

| **Complaints** | **Disposition** |
| --- | --- |
| | Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 21 months. The Court makes a recommendation to Ft. Devens. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. The $200.00 Special Assessment is due immediately. |
| 21:846=CD.F Conspiracy to Distribute a Controlled Substance | |

---

| **Plaintiff** | | |
| --- | --- | --- |
| **USA** | represented by | **David G. Tobin**
United States Attorneys Office
1 Courthouse Way
Suite 9200
Boston, MA 02210 |

617-748-3392
Fax: 617-748-3965
Email:
David.Tobin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Michael J. Pelgro**
United States Attorney's
Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3965
Email:
michael.pelgro@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2004 | 1 | COMPLAINT as to Adam Ellard (1), Willie Hester (2), Tavon Robinson (3), Steven Tucker (4), Norman Barnes (5). (Saccoccio, Dianalynn)[1:04-mj-00817-MBB] (Entered: 04/14/2004) |
| 04/13/2004 | 2 | AFFIDAVIT of Steven Story by USA as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker, Norman Barnes (Saccoccio, Dianalynn)[1:04-mj-00817-MBB] (Entered: 04/14/2004) |
| 04/13/2004 | 3 | Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Initial Appearance as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker, |

| | | |
|---|---|---|
| | | Norman Barnes held on 4/13/2004 (Tape #digital.) (Saccoccio, Dianalynn)[1:04-mj-00817-MBB] (Entered: 04/14/2004) |
| 04/13/2004 | 4 | CJA 23 Financial Affidavit by Adam Ellard (Saccoccio, Dianalynn)[1:04-mj-00817-MBB] (Entered: 04/14/2004) |
| 04/13/2004 | 9 | Judge Marianne B. Bowler : ORDER entered CJA 20 as to Adam Ellard : Appointment of Attorney James J. Coviello for Adam Ellard. (Saccoccio, Dianalynn)[1:04-mj-00817-MBB] (Entered: 04/14/2004) |
| 04/13/2004 | 5 | CJA 23 Financial Affidavit by Willie Hester (Saccoccio, Dianalynn)[1:04-mj-00817-MBB] (Entered: 04/14/2004) |
| 04/13/2004 | 10 | Judge Marianne B. Bowler : ORDER entered ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Willie Hester Syrie D. Fried for Willie Hester appointed. (Saccoccio, Dianalynn)[1:04-mj-00817-MBB] (Entered: 04/14/2004) |
| 04/13/2004 | 6 | CJA 23 Financial Affidavit by Tavon Robinson (Saccoccio, Dianalynn)[1:04-mj-00817-MBB] (Entered: 04/14/2004) |
| 04/13/2004 | 11 | Judge Marianne B. Bowler : ORDER entered CJA 20 as to Tavon Robinson : Appointment of Attorney Roger A. Cox for Tavon Robinson. (Saccoccio, Dianalynn)[1:04-mj-00817-MBB] (Entered: 04/14/2004) |
| 04/13/2004 | 7 | CJA 23 Financial Affidavit by Steven Tucker (Saccoccio, Dianalynn)[1:04-mj-00817-MBB] (Entered: 04/14/2004) |
| 04/13/2004 | 12 | Judge Marianne B. Bowler : ORDER entered CJA 20 as to Steven Tucker : Appointment of Attorney Matthew H. Feinberg for Steven Tucker. (Saccoccio, Dianalynn)[1:04-mj-00817-MBB] (Entered: |

| | | |
|---|---|---|
| | | 04/14/2004) |
| 04/13/2004 | 8 | CJA 23 Financial Affidavit by Norman Barnes (Saccoccio, Dianalynn)[1:04-mj-00817-MBB] (Entered: 04/14/2004) |
| 04/13/2004 | 13 | Judge Marianne B. Bowler : ORDER entered CJA 20 as to Norman Barnes : Appointment of Attorney Max D. Stern for Norman Barnes. (Saccoccio, Dianalynn) [1:04-mj-00817-MBB] (Entered: 04/14/2004) |
| 04/26/2004 | ● | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Detention Hearing as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker, Norman Barnes held on 4/26/2004, Preliminary Examination as to Adam Ellard, Willie [1:04 Hester, Tavon Robinson, Steven Tucker, Norman Barnes held on 4/26/2004; Michael Pelgro amd David Tobin for the Govt.; Jim Coviello, Sryie Fried, Roger Cox,Matt Feinberg and Jonathan Shapiro (for Max Stern)for the defts.;Govt. calls 1 witness; Govt. [1:04offers 1 exhibit; Defense counsel cross examines witness in the order of each deft.; Atty. Feinberg offers 1 exhibit; Aruguments continued to April 29, 2004 at 2:45 Pm for defts. Hester and Barnes and to May 3, 2004 at 3:00 PM for defts. Robinson, Tuc[1:04ker and Ellard. Defts. remanded to the custody of the U.S. Marshals. (Tape #digital.) (Saccoccio, Dianalynn)[1:04-mj-00817-MBB] (Entered: 04/26/2004) |
| 04/26/2004 | 14 | EXHIBIT/WITNESS LIST by USA, Steven Tucker as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker, Norman Barnes (Saccoccio, Dianalynn)[1:04-mj-00817-MBB] (Entered: 04/27/2004) |
| 04/29/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Cont. Detention Hearing as to Norman Barnes, Willie Hester held on |

| | | |
|---|---|---|
| | | 4/29/2004, Cont. Preliminary Examination as to Norman Barnes, Willie Hester held on 4/29/2004; Mich[1:04ael Pelgro and David Tobin for the Govt.; Attys. Fried and Shapiro for the defts.; Basil Cronin for Pretrial; Court hears Govt.'s argument for detention and probable cause; Attorney for the deft. Barnes argues for release on conditions or for th[1:04e court to find no probable cause in the case; Counsel for deft. Hester states that client consents to voluntary detention and argues the finding of probable cause; Court makes a finding of probable cause and will take the matter of detention as to d[1:04eft. Barnes under advisement;Defts. remanded to the custody of the U.S. Marshals. (Tape #digital.) (Saccoccio, Dianalynn) Modified on 5/3/2004 (Saccoccio, Dianalynn).[1:04-mj-00817-MBB] (Entered: 04/29/2004) |
| 04/29/2004 | 15 | Judge Marianne B. Bowler : ORDER entered ORDER OF VOLUNTARY DETENTION as to Willie Hester (Saccoccio, Dianalynn)[1:04-mj-00817-MBB] (Entered: 04/29/2004) |
| 05/03/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Detention Hearing as to Adam Ellard, Tavon Robinson, Steven Tucker held on 5/3/2004, Preliminary Examination as to Adam Ellard, Tavon Robinson, Steven Tucker held on[1:04 5/3/2004; Michael Pelgro and David Tobin for the Govt.; Attys. James Coviello, Roger Cox, and Matthew Feinberg for the deft.; Defts.# 1 and 3 consent to detention and waiving probable cause; As to deft. Tucker; Govt. moves for detention and finding [1:04of probable cause; Counsel for deft. Tucker asks the court to defer decision regarding detention until pretrial report has been completed and does not argue probable cause; Deft. Tucker will also consent to voluntary detention at this time; Court fin[1:04ds probable cause as to deft. Tucker and will issue an |

| | | |
|---|---|---|
| | | order of voluntary detention as to defts. 1, 3 and 4; Defts. remanded to the custody of the U.S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn) Modified on 5/3/2004 (Saccoccio, Dianalynn).[1:04-mj- (Entered: 05/03/2004) |
| 05/03/2004 | ●16 | Judge Marianne B. Bowler : ORDER entered ORDER OF VOLUNTARY DETENTION as to Adam Ellard, Tavon Robinson, Steven Tucker (Saccoccio, Dianalynn)[1:04-mj-00817-MBB] (Entered: 05/04/2004) |
| 05/11/2004 | ●17 | Letter (non-motion) by Penee Wiggins as to Norman Barnes. (Rynne, Michelle)[1:04-mj-00817-MBB] (Entered: 05/18/2004) |
| 05/19/2004 | ●18 | MOTION EX PARTE re: Transcript as to Adam Ellard . (Rynne, Michelle)[1:04-mj-00817-MBB] (Entered: 05/24/2004) |
| 05/19/2004 | ●19 | MOTION EX PARTE re: services as to Adam Ellard . (Rynne, Michelle)[1:04-mj-00817-MBB] (Entered: 05/24/2004) |
| 05/26/2004 | ●20 | Judge Marianne B. Bowler : MEMORANDUM AND ORDER ON GOVERNMENT'S MOTION FOR DETENTION entered as to Norman Barnes (Bowler, Marianne)[1:04-mj-00817-MBB] (Entered: 05/26/2004) |
| 05/27/2004 | ●21 | INDICTMENT as to Adam Ellard (1) count(s) 1, 2, 3, Willie Hester (2) count(s) 1, 3, Tavon Robinson (3) count(s) 1, 3, 4, 5, Steven Tucker (4) count(s) 1, 3, Norman Barnes (5) count(s) 1, 3. (Gawlik, Cathy) (Entered: 05/28/2004) |
| 05/28/2004 | ● | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: Pretrial proceedings as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker, Norman Barnes (Gawlik, Cathy) (Entered: |

| | | |
|---|---|---|
| | | 05/28/2004) |
| 06/02/2004 | ◐ | Judge Patti B. Saris : Electronic ORDER entered granting [18] Ex Parte Motion re: Transcript as to Adam Ellard (1); granting [19] Ex Parte Motion re: Services as to Adam Ellard (1) (Patch, Christine) (Entered: 06/03/2004) |
| 06/10/2004 | ◐22 | NOTICE OF HEARING as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker, Norman Barnes Arraignment set for 6/21/2004 10:30 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 06/10/2004) |
| 06/14/2004 | ◐23 | MOTION to Dismiss Appointed Attorney and to Appoint New Attorney as to Tavon Robinson . (Patch, Christine) (Entered: 06/15/2004) |
| 06/17/2004 | ◐24 | MOTION to Withdraw as Attorney by Roger Cox. as to Tavon Robinson . (Saccoccio, Dianalynn) (Entered: 06/18/2004) |
| 06/21/2004 | ◐ | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment as to Adam Ellard (1) Counts 1,2,3 and Willie Hester (2) Counts 1,3 and Tavon Robinson (3) Counts 1,3,4,5 and Steven Tucker (4) Counts 1,3 and Norman Barnes (5) Counts 1,3 held on 6/21/2004;Michael Pelgro for the govt.; James Coviello, Roger Cox, Max Stern, Matt Kamholtz standing in for Matt Feinberg and Syrie Fried for the defts.; Defts. Ellard, Hester, Tucker and Barnes waive the reading of the indictment in its entirety; Defts. plead not guilty to all counts; As to deft. Robinson; Court addresses motion filed by Atty. Cox and by the deft. for withdrawal of counsel and appointment of new counsel; Motions allowed in open court and the clerk is directed to appoint counsel forthwith and to have the deft. return today for arraignment; Initial status conference set for August 2, 2004 at 2:30 PM; Defts. remanded to the custody of |

| | | the U.S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 06/21/2004) |
|---|---|---|
| 06/21/2004 | ❂ | Judge Marianne B. Bowler : electronic ORDER entered granting 23 Motion to Appoint Counsel as to Tavon Robinson (3); granting 23 Motion to Disqualify Counsel as to Tavon Robinson (3); granting 24 Motion to Withdraw as Attorney as to Tavon Robinson (3) (Bowler, Marianne) (Entered: 06/21/2004) |
| 06/21/2004 | ❂ | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment as to Tavon Robinson (3) Counts 1,3,4,5 held on 6/21/2004; Michael Pelgro for the govt.; Paul Markham for the deft.; John Riley for Pretrial Services; Paul Markham will be appointed forthwith; Deft. waives reading of the indictment in its entirety; Deft. pleads not guilty to all counts; The initial status conference is set for August 2, 2004 at 2:30 PM in conjunction with status conference for the other defts. in this case; Deft. is remanded to the custody of the U.S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 06/21/2004) |
| 06/21/2004 | ❂ | Attorney update in case as to Tavon Robinson. Attorney Roger A. Cox terminated. (Saccoccio, Dianalynn) (Entered: 06/30/2004) |
| 06/21/2004 | ❂ 25 | Judge Marianne B. Bowler : ORDER entered CJA 20 as to Tavon Robinson : Appointment of Attorney Paul Markham for Tavon Robinson. (Saccoccio, Dianalynn) (Entered: 06/30/2004) |
| 08/02/2004 | ❂ | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Status Conference as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker, Norman Barnes held on 8/2/2004; Michael Pelgro for the govt.; Attys. Fried, Stern, Feinberg and Coviello for the defts.; Court notes that the clerk has attempted to contact Paul Markham who represents |

| | | deft. Robinson and has been unable to reach him; Counsel for the defts. request additional time into the last week of September or beginning of October; Interim status set for October 4, 2004 at 2:45 PM; As to deft. Barnes; Counsel requests hearing to re-address the matter detention; Hearing set for September 2, 2004 at 2:30 PM; All parties present agree to exclude the time from today to October 4, 2004; Govt. will contact counsel not present to confirm their agreement and will then file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 08/02/2004) |
|---|---|---|
| 08/06/2004 | 26 | MOTION for Copy of Detention Hearing Transcriptas to Tavon Robinson . (Patch, Christine) (Entered: 08/09/2004) |
| 08/06/2004 | 27 | MOTION for Bill of Particulars as to Tavon Robinson . (Patch, Christine) (Entered: 08/09/2004) |
| 08/23/2004 | 28 | RESPONSE to Motion by USA as to Tavon Robinson re 27 MOTION for Bill of Particulars (Patch, Christine) (Entered: 08/25/2004) |
| 08/30/2004 | 29 | MOTION to Suppress as to Tavon Robinson . (Patch, Christine) (Entered: 08/31/2004) |
| 08/30/2004 | 30 | MEMORANDUM in Support by Tavon Robinson re 29 MOTION to Suppress (Patch, Christine) (Entered: 08/31/2004) |
| 08/31/2004 | 31 | MOTION for Reconsideration re 20 Order on Detention as to Norman Barnes . (Patch, Christine) (Entered: 09/07/2004) |
| 08/31/2004 | 32 | MEMORANDUM in Support by Norman Barnes re 31 MOTION for Reconsideration re 20 Order of Detention (Patch, Christine) (Entered: 09/07/2004) |
| 09/01/2004 | ◑ | Set/Reset Hearings as to Norman Barnes : Continued Detention Hearing reset for 9/9/2004 02:30 PM before |

| | | Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 09/01/2004) |
|---|---|---|
| 09/07/2004 | 33 | RESPONSE to Motion by USA as to Norman Barnes re 31 MOTION for Reconsideration re 20 Order *of Detention* (Tobin, David) (Entered: 09/07/2004) |
| 09/07/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 31 Motion for Reconsideration as to Norman Barnes (5). This court will hear the new evidence on September 9, 2004 at 2:30. (Bowler, Marianne) (Entered: 09/07/2004) |
| 09/09/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Detention Hearing as to Norman Barnes held on 9/9/2004; David Tobin for the govt.; Max Stern for the deft.; Joshua Ulrich for Pretrial Services; Counsel for deft. addresses the court and argues for re-consideration of the the detention of the deft.; Counsel offers two exhibits;Govt. for the continued detention of the deft.; After a brief recess the court orders that the deft. will remain in custody on the basis of a risk to the community. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 09/09/2004) |
| 09/09/2004 | 34 | EXHIBIT/WITNESS LIST by Norman Barnes (Saccoccio, Dianalynn) (Entered: 09/09/2004) |
| 09/09/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 26 Motion for Detention Hearing Transcript as to Tavon Robinson. (3) (Bowler, Marianne) (Entered: 09/09/2004) |
| 09/10/2004 | 35 | NOTICE OF HEARING ON MOTION as to Tavon Robinson Motion Hearing set for 9/21/2004 at 2:45 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 09/10/2004) |
| 09/14/2004 | | Set/Reset Hearings as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker, Norman Barnes : |