| | | Status Conference reset for 10/5/2004 at 2:45 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 09/14/2004) |
|---|---|---|
| 09/20/2004 | ●40 | MOTION to Seal its Opposition to Defendant's Suppression Motion as to Tavon Robinson by USA. (Patch, Christine) (Entered: 09/28/2004) |
| 09/20/2004 | ●41 | Opposition by USA as to Tavon Robinson re 29 MOTION to Suppress, filed under seal. (Patch, Christine) (Entered: 09/28/2004) |
| 09/21/2004 | ●36 | TRANSCRIPT of Oral Argument as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker, Norman Barnes held on April 29, 2004 before Judge Bowler. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/21/2004) |
| 09/21/2004 | ●37 | TRANSCRIPT of Oral Argument as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker, Norman Barnes held on May 3, 2004 before Judge Bowler. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/21/2004) |
| 09/21/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Motion Hearing as to Tavon Robinson held on 9/21/2004 re 27 MOTION for Bill of Particulars filed by Tavon Robinson; David Tobin for the govt. and Paul Markham for the deft.; The court hears argument from both parties and the court takes the matter under advisement. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: |

| | | 09/21/2004) |
|---|---|---|
| 09/22/2004 | ⟲38 | Judge Marianne B. Bowler : Electronic MEMORANDUM AND ORDER entered denying 27 Motion for Bill of Particulars as to Tavon Robinson (3) (Saccoccio, Dianalynn) (Entered: 09/23/2004) |
| 09/22/2004 | ⟲ | Judge Patti B. Saris : Electronic ORDER entered granting 40 Motion to Seal Opposition to Defendant's Suppression Motion as to Tavon Robinson (3). "The government shall refiled a sanitized brief which deletes the confidential information." (Patch, Christine) (Entered: 09/28/2004) |
| 09/24/2004 | ⟲39 | NOTICE OF HEARING ON MOTION as to Tavon Robinson. Motion Hearing re: #29 Motion to Suppress set for 10/5/2004 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 09/24/2004) |
| 09/30/2004 | ⟲ | Set/Reset Hearings as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker and Norman Barnes: Interim status conference reset for 10/5/2004 at 11:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 09/30/2004) |
| 10/05/2004 | ⟲ | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Interim status conference as to Adam Ellard,Willie Hester, Tavon Robinson, Steven Tucker and Norman Barnes held on 10/5/2004; David Tobin for the govt.; James Coviello, Paul Markham, Matt Kamholtz (for Matt Fienberg), Max Stern, and Syire Fried for the defts.; Govt. addresses the court regarding the status of the discovery; Counsel for defts. Ellard, Robinson,Tucker and Hester address the court and ask for additional time; Court sets final status for November 5, 2004 at 10:30 AM; Parties agree to exclude the time and the govt. will file an assented to motion; Counsel for deft. Barnes |

| | | |
|---|---|---|
| | | requests that his case be referred to the district court for trial; The court will issue a final status report and return the case forthwith. (Tape #Digital.) (Saccoccio, Dianalynn) Modified on 10/5/2004 (Saccoccio, Dianalynn). (Entered: 10/05/2004) |
| 10/05/2004 | ❑ | ELECTRONIC Clerk's Notes for proceedings held before Judge Patti B. Saris:Evidentiary Hearing as to Tavon Robinson held on 10/5/2004. Further Evidentiary Hearing set for 10/27/2004 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. Court to schedule trial date as to all defendants.(Court Reporter Debra Joyce.) (Alba, Robert) (Entered: 10/05/2004) |
| 10/05/2004 | ❑45 | NOTICE OF HEARING as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker, Norman Barnes Jury Trial set for 1/3/2005 09:00 AM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 10/13/2004) |
| 10/06/2004 | ❑ | As to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker and Norman Barnes: Correction to courtnote dated October 5, 2004; The final status has been set for December 6, 2004 at 10:30 AM. (Saccoccio, Dianalynn) (Entered: 10/06/2004) |
| 10/06/2004 | ❑42 | Assented to MOTION to Exclude *Time* as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker by USA. (Tobin, David) (Entered: 10/06/2004) |
| 10/07/2004 | ❑ | Judge Marianne B. Bowler: Electronic ORDER entered granting 42 Motion to Exclude as to Adam Ellard(1), Willie Hester(2), Tavon Robinson(3) and Steven Tucker(4). (Bowler, Marianne) (Entered: 10/07/2004) |
| 10/07/2004 | ❑43 | Magistrate Judge Marianne B. Bowler: ORDER entered REPORT AND ORDER on Final Status Conference as to Norman Barnes (Saccoccio, Dianalynn) (Entered: 10/07/2004) |
| | | |

| 10/08/2004 | 44 | NOTICE OF INITIAL PRETRIAL CONFERENCE as to Norman Barnes. Initial Pretrial Conference set for 10/20/2004 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 10/08/2004) |
|---|---|---|
| 10/12/2004 | 47 | MOTION to Dismiss Appointed Attorney and to Appoint New Counsel as to Willie Hester . (Patch, Christine) (Entered: 10/19/2004) |
| 10/18/2004 | 46 | TRANSCRIPT of Detention Hearing as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker, Norman Barnes held on April 26, 2004 before Judge Bowler. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/18/2004) |
| 10/20/2004 | 48 | MOTION for Speedy Trial as to Norman Barnes. (Stern, Max) (Entered: 10/20/2004) |
| 10/20/2004 | 49 | MOTION for Reconsideration *Review of Detention Order* as to Norman Barnes. (Stern, Max) (Entered: 10/20/2004) |
| 10/20/2004 | 50 | MEMORANDUM in Support by Norman Barnes re 49 MOTION for Reconsideration *Review of Detention Order* (Attachments: # 1 Exhibit Complaint# 2 Exhibit Transcript of April 26, 2004 Hearing# 3 Affidavit Affidavit of Steven C. Story# 4 Exhibit Excerpt of Transcript of April 29, 2004 Hearing# 5 Exhibit Memorandum and Order of May 25, 2004# 6 Exhibit Indictment# 7 Exhibit August 6, 2004 Memorandum from Pretrial Services)(Stern, Max) (Entered: 10/20/2004) |
| 10/20/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Patti B. Saris:Initial Pretrial Conference as to Norman Barnes held on 10/20/2004. Hearing on |

| | | |
|---|---|---|
| | | Defendant's Motion to Revoke Detention set for 11/1/2004 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Cheryl Dahlstrom.) (Alba, Robert) (Entered: 10/20/2004) |
| 10/21/2004 | 51 | TRANSCRIPT of Detention Hearing as to Norman Barnes held on September 9, 2004 before Judge Bowler. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/21/2004) |
| 10/22/2004 | 52 | MOTION for transcript of hearing on Motion to Suppress as to Tavon Robinson . (Patch, Christine) (Entered: 10/26/2004) |
| 10/27/2004 | 53 | NOTICE OF HEARING for Willie Hester:Hearing set for 11/4/2004 at 2:30 PM before Magistrate Judge Marianne B. Bowler in courtroom # 25.(Saccoccio, Dianalynn) (Entered: 10/27/2004) |
| 10/27/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Patti B. Saris:Continued Evidentiary Motion Hearing as to Tavon Robinson held on 10/27/2004. Gov't rests. Defense rests. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 10/27/2004) |
| 10/27/2004 | 54 | EXHIBIT LIST for Evidentiary Motion Hearing held on 10/5/04 and 10/27/04 as to Tavon Robinson (Alba, Robert) (Entered: 10/27/2004) |
| 10/27/2004 | 55 | WITNESS LIST for Evidentiary Motion Hearing held on 10/5/04 and 10/27/04 as to Tavon Robinson. (Alba, Robert) (Entered: 10/27/2004) |
| 10/27/2004 | | Judge Patti B. Saris : Electronic ORDER entered denying 29 Motion to Suppress as to Tavon Robinson (3). "After hearing, the motion to suppress is denied |

| | | |
|---|---|---|
| | | on the ground that the government had probable cause to look under the hood of the car for contraband. During the surveillance of the drug deal, agents saw defendant go under the hood, take out a package, and hand the undercover agent a package of cocaine--less than was expected. They had probably cause to looked under the hood for the rest." (Patch, Christine) (Entered: 11/03/2004) |
| 10/27/2004 | 🌑 | Judge Patti B. Saris : Electronic ORDER entered granting 52 Motion for Transcript at Government Expense as to Tavon Robinson (3) (Patch, Christine) (Entered: 11/03/2004) |
| 10/29/2004 | 🌑56 | MOTION for Authorization of Services or Funds as to Norman Barnes. (Stern, Max) (Entered: 10/29/2004) |
| 11/01/2004 | 🌑 | ELECTRONIC Clerk's Notes for proceedings held before Judge Patti B. Saris:Motion Hearing as to Norman Barnes held on 11/1/2004 re 48 MOTION for Speedy Trial filed by Norman Barnes, 49 MOTION for Review of Detention Order filed by Norman Barnes. Court hears argument of counsel. Court takes motions under advisement. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 11/01/2004) |
| 11/01/2004 | 🌑 | Judge Patti B. Saris : Electronic ORDER entered granting 56 Motion for Authorization of Services or Funds as to Norman Barnes (5) (Patch, Christine) (Entered: 11/03/2004) |
| 11/03/2004 | 🌑57 | Letter (non-motion) regarding Follow-up the hearing of Monday, November 1, 2004 as to Norman Barnes (Stern, Max) (Entered: 11/03/2004) |
| 11/04/2004 | 🌑 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler:Motion hearing for Willie Hester held on 11/4/2004 re: 47 MOTION to Appoint Counsel; MOTION to Disqualify Counsel filed by Willie Hester; David Tobin for the govt. and |

| | | |
|---|---|---|
| | | Syrie Fried for the deft.; Counsel for the deft. addresses the court and states that the deft. is satisfied with counsel of record; The court questions the deft. and the deft. states that he wishes to keep counsel of record. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 11/05/2004) |
| 11/05/2004 | 59 | Letter to Robert Alba following up the hearing on Monday in which the defendant sought review of his detention order as to Norman Barnes (Patch, Christine) Modified on 11/12/2004 (Patch, Christine). (Entered: 11/12/2004) |
| 11/08/2004 | | Judge Marianne B. Bowler: Electronic ORDER entered finding as moot 47 Motion to Appoint Counsel as to Willie Hester(2); withdrawing 47 Motion to Disqualify Counsel as to Willie Hester(2). After questioning the defendant at length on the record in open court, this court is convinced that the defendant is satisfied with counsel of record and that any prior misunderstandings have been clarified and resolved. (Bowler, Marianne) (Entered: 11/08/2004) |
| 11/08/2004 | 58 | MOTION to Approve expenses as to Tavon Robinson . (Patch, Christine) (Entered: 11/12/2004) |
| 11/12/2004 | 60 | MOTION for transcripts at government expense re Hearing on Motion to Suppress as to Tavon Robinson . (Patch, Christine) (Entered: 11/18/2004) |
| 11/15/2004 | | Judge Patti B. Saris : Electronic ORDER entered granting 58 Motion for Transcript at Government Expense as to Tavon Robinson (3) (Patch, Christine) (Entered: 11/17/2004) |
| 11/18/2004 | 61 | MOTION to Approve Expenses as to Tavon Robinson . (Patch, Christine) (Entered: 11/24/2004) |
| 11/23/2004 | | Judge Patti B. Saris : Electronic ORDER entered granting 60 Motion for Transcript of the Hearing on Motion to Suppress at Government Expense as to |

| | | Tavon Robinson (3) (Patch, Christine) (Entered: 11/29/2004) |
|---|---|---|
| 11/26/2004 | ❍62 | MOTION to Exclude *Time Under The Speedy Trial Act* as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker, Norman Barnes by USA. (Pelgro, Michael) (Entered: 11/26/2004) |
| 11/30/2004 | ❍ | Judge Patti B. Saris : Electronic ORDER entered granting 62 Motion to Exclude as to Norman Barnes (5) (Patch, Christine) (Entered: 12/06/2004) |
| 11/30/2004 | ❍ | Judge Patti B. Saris : Electronic ORDER entered granting 61 Motion to Approve Expenses as to Tavon Robinson (3) (Patch, Christine) (Entered: 12/06/2004) |
| 12/01/2004 | ❍63 | TRANSCRIPT of Motion Hearing as to Tavon Robinson held on October 5, 2004 before Judge Saris. Court Reporter: Debra M. Joyce. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-4410 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/01/2004) |
| 12/06/2004 | ❍ | Judge Marianne B. Bowler: Electronic ORDER entered granting 62 Motion to Exclude as to Adam Ellard(1), Willie Hester(2), Tavon Robinson (3) and Steven Tucker(4). (Bowler, Marianne) (Entered: 12/06/2004) |
| 12/06/2004 | ❍ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Final status conference for Adam Ellard, Willie Hester, Tavon Robinson and Steven Tucker held on 12/6/2004; David Tobin for the govt.; Paul Markham, Syrie Fried, James Coviello and Matthew Feinberg for the defts.; Counsel for Deft. Robinson requests that the case be returned to the district court for trial; Counsel for defts. Hester, Ellard and Tucker request that the case as to those defts. be sent back to the district court for a |

| | | |
|---|---|---|
| | | change of plea; The court will file a final status report indicating the status as to all defts.; The court addresses the parties regarding docket entry # 62 ( Motion to Exclude Time Under the Speedy Trial Act); Parties agree to exclude the time and the court will allow the motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 12/06/2004) |
| 12/06/2004 | 64 | Magistrate Judge Marianne B. Bowler: ORDER entered: REPORT AND ORDER on Final Status Conference for Adam Ellard, Willie Hester, Tavon Robinson and Steven Tucker (Saccoccio, Dianalynn) (Entered: 12/06/2004) |
| 12/06/2004 | | Judge update in case for Adam Ellard, Willie Hester, Tavon Robinson and Steven Tucker; Magistrate Judge Marianne B. Bowler no longer assigned to case. (Saccoccio, Dianalynn) (Entered: 12/06/2004) |
| 12/07/2004 | 65 | NOTICE OF RULE 11 PLEA HEARING as to Adam Ellard. Change of Plea Hearing set for 12/13/2004 at 2:30 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 12/07/2004) |
| 12/08/2004 | | ADMINISTRATIVE ENTRY BY COURT STAFF: Please disregard the Notice of Rule 11 Hearing as to Adam Ellard. Mr. Ellards name was erroneously extracted onto the notice. The Rule 11 Hearing is as to Norman Barnes. A Notice of Hearing will issue as to Norman Barnes. (Alba, Robert) (Entered: 12/08/2004) |
| 12/08/2004 | 66 | NOTICE OF RULE 11 PLEA HEARING as to Norman Barnes. Change of Plea Hearing set for 12/13/2004 at 2:30 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 12/08/2004) |
| 12/09/2004 | 67 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Adam Ellard (Tobin, David) (Entered: 12/09/2004) |
| 12/13/2004 | | Electronic Clerk's Notes for proceedings held before |

| | | |
|---|---|---|
| | | Judge Patti B. Saris:Change of Plea Hearing as to Norman Barnes held on 12/13/2004, Plea entered by Norman Barnes (5) Guilty Count 1,3. Sentencing set for 1/18/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Cloonan.) (Alba, Robert) (Entered: 12/13/2004) |
| 12/13/2004 | 68 | Judge Patti B. Saris : ORDER entered PROCEDURAL ORDER re sentencing hearing as to Norman Barnes. Sentencing set for 1/18/2005 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 12/13/2004) |
| 12/14/2004 | 69 | NOTICE OF HEARING as to Adam Ellard. Change of Plea Hearing set for 12/23/2004 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 12/14/2004) |
| 12/14/2004 | 70 | NOTICE OF HEARING as to Willie Hester. Change of Plea Hearing set for 12/21/2004 at 10:00 AM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 12/14/2004) |
| 12/14/2004 | 71 | NOTICE OF HEARING as to Steven Tucker. Change of Plea Hearing set for 12/21/2004 at 11:00 AM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 12/14/2004) |
| 12/14/2004 | 74 | NOTICE OF HEARING as to Adam Ellard. Rule 11 Hearing set for 12/23/2004 09:00 AM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) Modified on 12/20/2004 (Patch, Christine). (Entered: 12/20/2004) |
| 12/14/2004 | 75 | NOTICE OF HEARING as to Willie Hester Rule 11 Hearing set for 12/21/2004 10:00 AM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 12/20/2004) |
| 12/14/2004 | 76 | NOTICE OF HEARING as to Steven Tucker Rule 11 Hearing set for 12/21/2004 01:00 PM in Courtroom 19 |

| | | before Judge Patti B. Saris. (Patch, Christine) (Entered: 12/20/2004) |
|---|---|---|
| 12/14/2004 | 77 | Judge Patti B. Saris : ORDER entered as to Norman Barnes. "It is hereby ordered that the Brighton Juvenile Court provide copies of all documents in its possession regarding Norman Barnes...to the United States Probation Office of the District of Massachusetts." (Patch, Christine) (Entered: 12/20/2004) |
| 12/14/2004 | 78 | Judge Patti B. Saris : ORDER entered as to Norman Barnes. "It is hereby ordered that the Boston Juvenile Court provide copies of all documents in its possession regarding Norman Barnes...to the United States Probation Office of the District of Massachusetts." (Patch, Christine) (Entered: 12/20/2004) |
| 12/14/2004 | 79 | Judge Patti B. Saris : ORDER entered as to Norman Barnes. "It is hereby ordered that the Roxbury Juvenile Court provide copies of all documents in its possession regarding Norman Barnes...to the United States Probation Office of the District of Massachusetts." (Patch, Christine) (Entered: 12/20/2004) |
| 12/14/2004 | 80 | Judge Patti B. Saris : ORDER entered as to Norman Barnes. "It is hereby ordered that the Dorchester Juvenile Court provide copies of all documents in its possession regarding Norman Barnes...to the United States Probation Office of the District of Massachusetts." (Patch, Christine) (Entered: 12/20/2004) |
| 12/16/2004 | 72 | SUPERSEDING INDICTMENT as to Adam Ellard (1) count(s) 1s, 2s, 3s, Willie Hester (2) count(s) 1s, 3s, Tavon Robinson (3) count(s) 1s, 3s, 4s, 5s, Steven Tucker (4) count(s) 1s, 3s. (Gawlik, Cathy) (Entered: 12/17/2004) |

| 12/16/2004 | 73 | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: Pretrial proceedings re: Superseding Indictment as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker (Gawlik, Cathy) (Entered: 12/17/2004) |
|---|---|---|
| 12/20/2004 |  | Notice of correction to docket made by Court staff. Correction: Document No. 74 corrected because: Rule 11 Hearing scheduled, not Arraignment. Was incorrectly entered by court staff. as to Adam Ellard (Patch, Christine) (Entered: 12/20/2004) |
| 12/21/2004 |  | ELECTRONIC Clerk's Notes for proceedings held before Judge Patti B. Saris:Arraignment on Superseding Indictment as to Willie Hester (2) Count 1s,3s held on 12/21/2004, Plea entered by Willie Hester (2) Guilty Count 1s,3s. Court allows defendant's oral motion to strike surplusage in the Indictment. Gov't objects. Sentencing set for 3/21/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 12/21/2004) |
| 12/21/2004 |  | ELECTRONIC Clerk's Notes for proceedings held before Judge Patti B. Saris:Arraignment on Superseding Indictment as to Steven Tucker (4) Count 1s,3s held on 12/21/2004, Plea entered by Steven Tucker (4) Guilty Count 1s,3s. Sentencing set for 3/2/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 12/21/2004) |
| 12/21/2004 | 83 | Judge Patti B. Saris : ORDER entered PROCEDURAL ORDER re sentencing hearing as to Willie Hester. Sentencing set for 3/21/2005 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 12/29/2004) |
| 12/21/2004 | 85 | Judge Patti B. Saris : ORDER entered |

| | | |
|---|---|---|
| | | PROCEDURAL ORDER re sentencing hearing as to Steven Tucker Sentencing set for 3/2/2005 02:00 PM before Judge Patti B. Saris. (Patch, Christine) (Entered: 12/29/2004) |
| 12/22/2004 | 87 | Judge Patti B. Saris : ORDER entered as to Steven Tucker. "It is hereby ordered that the Dorchester Juvenile Court provide copies of all documents in its possession regarding Steven Tucker...to the United States Probation Office for the District of Massachusetts." (Patch, Christine) (Entered: 12/29/2004) |
| 12/22/2004 | 88 | Judge Patti B. Saris : ORDER entered as to Steven Tucker. "It is hereby ordered that the Roxbury Juvenile Court provide copies of all documents in its possession regarding Steven Tucker...to the United States Probation Office for the District of Massachusetts." (Patch, Christine) (Entered: 12/29/2004) |
| 12/23/2004 | | ELECTRONIC` Clerk's Notes for proceedings held before Judge Patti B. Saris:Arraignment as to Adam Ellard (1) Count 1s,2s,3s held on 12/23/2004. Plea Agreement filed. Plea entered by Adam Ellard (1) Guilty Count 1s,2s,3s. Sentencing set for 3/22/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 12/23/2004) |
| 12/23/2004 | 84 | Judge Patti B. Saris : ORDER entered PROCEDURAL ORDER re sentencing hearing as to Adam Ellard Sentencing set for 3/22/2005 02:00 PM before Judge Patti B. Saris. (Patch, Christine) (Entered: 12/29/2004) |
| 12/23/2004 | 86 | PLEA AGREEMENT as to Adam Ellard (Patch, Christine) (Entered: 12/29/2004) |
| 12/27/2004 | 81 | Proposed Voir Dire by USA as to Adam Ellard, Willie |

| | | Hester, Tavon Robinson, Steven Tucker, Norman Barnes (Pelgro, Michael) (Entered: 12/27/2004) |
|---|---|---|
| 12/27/2004 | 82 | MOTION in Limine *Concerning Sequestration Of Witnesses* as to Tavon Robinson by USA. (Pelgro, Michael) Additional attachment(s) added on 12/28/2004 (Patch, Christine). (Entered: 12/27/2004) |
| 12/29/2004 | 89 | EXHIBIT/WITNESS LIST by USA as to Tavon Robinson (Pelgro, Michael) (Entered: 12/29/2004) |
| 12/29/2004 | 93 | MOTION in Limine as to Tavon Robinson. (Patch, Christine) (Entered: 01/05/2005) |
| 01/03/2005 | 90 | EXHIBIT/WITNESS LIST by USA as to Tavon Robinson (Tobin, David) (Entered: 01/03/2005) |
| 01/03/2005 | 91 | Second MOTION in Limine *as to Admission of Evidence Concerning Defendant's Possession of Cocaine Base and Marijuana* as to Tavon Robinsonby USA. (Tobin, David) (Entered: 01/03/2005) |
| 01/03/2005 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Arraignment as to Tavon Robinson (3) Count 1s,3s,4s,5s held on 1/3/2005. Plea entered by Tavon Robinson, Not Guilty on counts 1s,3s,4s,5s. Jury Trial - Day One as to Tavon Robinson held on 1/3/2005. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 01/03/2005) |
| 01/03/2005 | 95 | Judge Patti B. Saris : ORDER entered. as to Willie Hester. "It is hereby ordered that the Adams Juvenile Court provide copies of all documents in its possession regarding Willie Hester...to the United States Probation Office for the District of Massachusetts." (Patch, Christine) (Entered: 01/10/2005) |
| 01/04/2005 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Two as to Tavon Robinson held on 1/4/2005. (Court Reporter Lee |

| | | |
|---|---|---|
| | | Marzilli.) (Alba, Robert) (Entered: 01/04/2005) |
| 01/05/2005 | 92 | TRANSCRIPT of Evidentiary Hearing as to Tavon Robinson held on October 27, 2004 before Judge Saris. Court Reporter: Marie L. Cloonan. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/439-7086 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/05/2005) |
| 01/05/2005 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Three as to Tavon Robinson held on 1/5/2005. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 01/05/2005) |
| 01/05/2005 | 94 | Assented to Sealed MOTION as to Adam Ellard. (Patch, Christine) (Entered: 01/05/2005) |
| 01/05/2005 | | Judge Patti B. Saris : ElectronicORDER entered granting [94] Assented to Sealed Motion as to Adam Ellard (1). "Allowed without opposition." (Patch, Christine) (Entered: 01/05/2005) |
| 01/05/2005 | 119 | Judge Patti B. Saris : ORDER entered as to Adam Ellard. "It is hereby ordered that the Peabody Juvenile Court provide copies of all documents in its possession regarding Adam Ellard...to the United States Probation Office of the District of Massachusetts." (Patch, Christine) (Entered: 02/11/2005) |
| 01/06/2005 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Four as to Tavon Robinson held on 1/6/2005. (Court Reporter Cheryl Dahlstrom.) (Alba, Robert) (Entered: 01/06/2005) |
| 01/06/2005 | | Judge Patti B. Saris : ElectronicORDER entered granting 93 Motion in Limine as to Tavon Robinson (3). "Allowed without prejudice." (Patch, Christine) (Entered: 01/10/2005) |
| | | |

| 01/07/2005 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Five as to Tavon Robinson held on 1/7/2005. (Court Reporter Lee Marzilli and Jim Gibbons.) (Alba, Robert) (Entered: 01/07/2005) |
|---|---|---|
| 01/10/2005 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Six as to Tavon Robinson held on 1/10/2005. Jury Returns a verdict at 3:45 p.m. Verdict: Guilty item #1 and 2. Sentencing set for 4/12/05 at 2:00 p.m. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 01/10/2005) |
| 01/10/2005 | 96 | EXHIBIT LIST for Jury Trial held on 1/3/05 through 1/10/05 as to Tavon Robinson. (Alba, Robert) (Entered: 01/10/2005) |
| 01/10/2005 | 97 | WITNESS LIST for Jury Trial held on 1/3/05 through 1/10/05 as to Tavon Robinson. (Alba, Robert) (Entered: 01/10/2005) |
| 01/10/2005 | | Judge Patti B. Saris : ElectronicORDER entered denying 100 Motion for Judgment of Acquittal as to Tavon Robinson (3) (Patch, Christine) (Entered: 01/19/2005) |
| 01/10/2005 | 101 | JURY VERDICT as to Tavon Robinson (3) Guilty on Count 4s,5s. (Attachments: # 1 Jury Question# 2 Jury Question)(Patch, Christine) (Entered: 01/19/2005) |
| 01/10/2005 | 102 | MOTION for Interim Compensation as to Tavon Robinson. (Patch, Christine) (Entered: 01/19/2005) |
| 01/10/2005 | | Judge Patti B. Saris : ElectronicORDER entered granting 102 Motion for Interim Compensation as to Tavon Robinson (3) (Patch, Christine) (Entered: 01/19/2005) |
| 01/10/2005 | 103 | Judge Patti B. Saris : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Tavon Robinson Sentencing set for 4/12/2005 02:00 |

| | | |
|---|---|---|
| | | PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 01/20/2005) |
| 01/12/2005 | 98 | EXCERPT TRANSCRIPT of Jury Trial Day Three - Testimony of Adam Ellard as to Tavon Robinson held on January 5, 2005 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/12/2005) |
| 01/12/2005 | 100 | MOTION for Judgment of Acquittal as to Tavon Robinson. (Patch, Christine) (Entered: 01/19/2005) |
| 01/12/2005 | 104 | MOTION for the Court to Examine a Juror and Mistrial as to Tavon Robinson. (Patch, Christine) (Entered: 01/25/2005) |
| 01/12/2005 | 105 | MEMORANDUM in Support by Tavon Robinson re 104 MOTION for the Court to Examine a Juror and Mistrial (Patch, Christine) (Entered: 01/25/2005) |
| 01/14/2005 | 99 | NOTICE OF RESCHEDULED SENTENCING as to Norman Barnes. The Sentencing previously scheduled for January 18, 2005, has been rescheduled to February 7, 2005, at 2:00 p.m. Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 01/14/2005) |
| 01/20/2005 | 107 | Judge Patti B. Saris : ORDER entered. as to Tavon Robinson. "It is hereby ordered that the Roxbury Juvenile Court provide copies of all documents in its possession regarding Tavon Robinson...to the United States Probation Office for the District of Massachusetts." (Patch, Christine) (Entered: 01/27/2005) |
| 01/20/2005 | 108 | Judge Patti B. Saris : ORDER entered. as to Tavon Robinson. "It is hereby ordered that the Qunicy Juvenile Court provide copies of all documents in its |

| | | |
|---|---|---|
| | | possession regarding Tavon Robinson...to the Unites States Probation Office for the District of Massachusetts." (Patch, Christine) (Entered: 01/27/2005) |
| 01/20/2005 | 109 | Judge Patti B. Saris : ORDER entered. as to Tavon Robinson. "It is hereby ordered that the Woburn Juvenile Court provide copies of all documents in its possession regarding Tavon Robinson...to the Unites States Probation Office for the District of Massachusetts." (Patch, Christine) (Entered: 01/27/2005) |
| 01/20/2005 | 110 | Judge Patti B. Saris : ORDER entered. as to Tavon Robinson. "It is hereby ordered that the Brighton Juvenile Court provide copies of all documents in its possession regarding Tavon Robinson...to the Unites States Probation Office for the District of Massachusetts." (Patch, Christine) (Entered: 01/27/2005) |
| 01/20/2005 | 111 | Judge Patti B. Saris : ORDER entered. as to Tavon Robinson. "It is hereby ordered that the Dorchester Juvenile Court provide copies of all documents in its possession regarding Tavon Robinson...to the Unites States Probation Office for the District of Massachusetts." (Patch, Christine) (Entered: 01/27/2005) |
| 01/20/2005 | 112 | Judge Patti B. Saris : ORDER entered. as to Tavon Robinson. "It is hereby ordered that the Boston Juvenile Court provide copies of all documents in its possession regarding Tavon Robinson...to the Unites States Probation Office for the District of Massachusetts." (Patch, Christine) (Entered: 01/27/2005) |
| 01/26/2005 | 113 | MOTION to File Under Seal as to Norman Barnesby USA. (Patch, Christine) (Entered: 02/01/2005) |
| | | |

| | | |
|---|---|---|
| 01/27/2005 | ⊕106 | NOTICE OF RESCHEDULING as to Norman Barnes The Sentencing previously set for 2/7/05 has been rescheduled to 2/18/2005 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 01/27/2005) |
| 01/28/2005 | ⊕ | Electronic notice of correction to docket made by Court staff, as to Adam Ellard. Attorney Coviello's record updated to allow receipt of e-mail notice from the Court. (Hurley, Virginia) (Entered: 01/28/2005) |
| 02/02/2005 | ⊕114 | Opposition by Norman Barnes re [113] MOTION to Seal (Stern, Max) (Entered: 02/02/2005) |
| 02/03/2005 | ⊕ | Judge Patti B. Saris : Electronic ORDER entered granting [113] Motion to Seal as to Norman Barnes (5) (Patch, Christine) (Entered: 03/02/2005) |
| 02/08/2005 | ⊕115 | MOTION for Extension of Time to File *Response to Defendant's Motion for the Court to Examine a Juror and a Mistrial* as to Tavon Robinsonby USA. (Tobin, David) (Entered: 02/08/2005) |
| 02/08/2005 | ⊕116 | Sentencing Memorandum as to Norman Barnes (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D# 5 Exhibit Exhibit E# 6 Exhibit Exhibit F# 7 Exhibit Exhibit G# 8 Exhibit Exhibit H# 9 Exhibit Exhibit I# 10 Exhibit Exhibit J# 11 Exhibit Exhibit K)(Stern, Max) Modified on 2/9/2005 (Patch, Christine). (Entered: 02/08/2005) |
| 02/08/2005 | ⊕117 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Norman Barnes (Stern, Max) (Entered: 02/08/2005) |
| 02/10/2005 | ⊕118 | Opposition by USA as to Tavon Robinson re 104 MOTION for the Court to Examine a Juror and Mistrial (Tobin, David) (Entered: 02/10/2005) |
| 02/14/2005 | ⊕ | Judge Patti B. Saris : Electronic ORDER entered |

| | | denying <u>104</u> Motion for the Court to Examine a Juror and a Mistrial as to Tavon Robinson (3). "Denied pursuant to Fed. R. Ev. 606 (b)." (Patch, Christine) (Entered: 02/16/2005) |
|---|---|---|
| 02/17/2005 | 120 | Letter (non-motion) regarding Letter to Robert Alba with Four Letters on Behalf of Defendant as to Norman Barnes (Attachments: # <u>1</u> Four letters on behalf of defendant)(Stern, Max) (Entered: 02/17/2005) |
| 02/17/2005 | 121 | SENTENCING MEMORANDUM by USA as to Adam Ellard, Willie Hester, Tavon Robinson, Steven Tucker, Norman Barnes (Pelgro, Michael) (Entered: 02/17/2005) |
| 02/18/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Sentencing held on 2/18/2005 for Norman Barnes (5), 1, 3. Court states guideline range. Counsel make sentencing recommendation. Court sentences defendant to 21 months imprisonment, 36 months supervised release, $200 special assessment. Defendant informed of right of appeal. (Court Reporter Richard Romanow.) (Alba, Robert) (Entered: 02/18/2005) |
| 02/22/2005 | 122 | MOTION to Continue *Sentencing* as to Steven Tuckerby USA. (Tobin, David) (Entered: 02/22/2005) |
| 02/22/2005 | 123 | TRANSCRIPT of Change of Plea Hearing as to Norman Barnes held on December 13, 2004 before Judge Saris. Court Reporter: Marie L. Cloonan. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/439-7086 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/22/2005) |
| 02/24/2005 | | Judge Patti B. Saris: Electronic ORDER entered granting <u>122</u> Motion to Continue Sentencing as to |

| | | |
|---|---|---|
| | | Steven Tucker. "ALLOWED. THE SENTENCING IS CONTINUED TO MARCH 7, 2005, AT 2:00 P.M." (Alba, Robert) (Entered: 02/24/2005) |
| 02/24/2005 | 126 | Judge Patti B. Saris : ORDER entered. JUDGMENT as to Norman Barnes (5), 1, 3, Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 21 months. The Court makes a recommendation to Ft. Devens. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. The $200.00 Special Assessment is due immediately. (Patch, Christine) (Entered: 03/07/2005) |
| 02/24/2005 | 27 | Judge Patti B. Saris : ORDER entered. STATEMENT OF REASONS as to Norman Barnes (Patch, Christine) (Entered: 03/07/2005) |
| 02/24/2005 | 128 | Judge Patti B. Saris : ORDER entered. MEMORANDUM OF SENTENCING HEARING AND REPORT OF STATEMENT OF REASONS as to Norman Barnes (Patch, Christine) (Entered: 03/07/2005) |
| 03/01/2005 | 124 | EXCERPT TRANSCRIPT of Jury Trial Day Five (Testimony of Tavon Robinson) as to Tavon Robinson held on January 7, 2005 before Judge Saris. Court Reporter: Cheryl Dahlstrom. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/951-4555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/01/2005) |
| 03/07/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Sentencing held on 3/7/2005 for Steven Tucker (4), Count(s) 1s, 3s. Court sentences defendant to 21 months imprisonment, 36 months supervised release w/ conditions, $200 special |

| | | |
|---|---|---|
| | | assessment. Defendant informed of right of appeal. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 03/07/2005) |
| 03/07/2005 | 129 | MOTION to Seal the Assented to Motion to Continue as to Adam Ellard. (Patch, Christine) (Entered: 03/09/2005) |
| 03/07/2005 | 130 | Sealed MOTION to Continue as to Adam Ellard. (Patch, Christine) (Entered: 03/14/2005) |
| 03/09/2005 | 131 | Judge Patti B. Saris : ORDER entered. JUDGMENT as to Steven Tucker (4), Count(s) 1s, 3s, Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 21 months. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. Defendant is to participate in substance abuse treatment and testing as directed by US Probation. Defedant is to participate in mental health counseling as directed by US Probation. Defendant shall get his G.E.D.. Defendant shall procure employment. Defendant shall have a curfew of 11:00 pm for the first year of Supervised Release. The $200.00 Special Assessment is due immediately. (Patch, Christine) (Entered: 03/17/2005) |
| 03/09/2005 | 132 | Judge Patti B. Saris : ORDER entered. STATEMENT OF REASONS as to Steven Tucker (Patch, Christine) (Entered: 03/17/2005) |
| 03/09/2005 | 133 | Judge Patti B. Saris : ORDER entered. MEMORANDUM OF SENTENCING HEARING AND REPORT OF STATEMENT OF REASONS as to Steven Tucker (Patch, Christine) (Entered: 03/17/2005) |
| 03/10/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 129 Motion to Seal Assented to Motion to |

| | | |
|---|---|---|
| | | Continue as to Adam Ellard (1) (Patch, Christine) (Entered: 03/14/2005) |
| 03/10/2005 | ❍ | Judge Patti B. Saris : Electronic ORDER entered denying [130] Sealed Motion to Continue as to Adam Ellard (1) (Patch, Christine) (Entered: 03/14/2005) |
| 03/14/2005 | ❍134 | MOTION for Extension of Time to April 4, 2005 to File File Objections to the Presentence Report as to Tavon Robinson. (Patch, Christine) (Entered: 03/18/2005) |
| 03/16/2005 | ❍135 | MOTION to Seal Sentencing Memorandum as to Adam Ellard. (Patch, Christine) (Entered: 03/22/2005) |
| 03/16/2005 | ❍136 | Certificate of Servie by Adam Ellard re 135 MOTION to Seal Sentencing Memorandum. (Patch, Christine) (Entered: 03/22/2005) |
| 03/16/2005 | ❍137 | Letter to Judge Saris regarding his designation to the U.S. Penitentiary, Lewisburg, PA because of the severity of his current offense, prior criminal history, and pending charges as to Norman Barnes (Patch, Christine) (Entered: 03/24/2005) |
| 03/21/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Sentencing held on 3/21/2005 for Willie Hester (2), Count(s) 1s, 3s, Court states guideline range. Counsel make sentencing recommendation. Defendant makes statement to the Court. Court sentences defendant to 15 months imprisonment, 36 months supervised release w/conditions, $200 special assessment. Defendant informed of right of appeal. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 03/21/2005) |
| 03/21/2005 | ❍ | Judge Patti B. Saris : Electronic ORDER entered granting 134 Motion for Extension of Time Within Which to File Objections to the Presentence Report as to Tavon Robinson (3) (Patch, Christine) (Entered: 03/23/2005) |

| 03/22/2005 | ○ | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Sentencing held on 3/22/05. Continuance requested. Sentencing continued to 5/31/2005 at 4:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 03/22/2005) |
|---|---|---|
| 03/22/2005 | ○ 138 | Judge Patti B. Saris : ORDER entered. JUDGMENT as to Willie Hester (2), Count(s) 1s, 3s, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 15 months. Defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. Defendant is to participate in mental health counseling and treatment, in-patient if necessary, at the direction of U.S. Probation. Defendant is to get a G.E.D. Defendant is to procure employment. The $200.00 Special Assessment is due immediately. (Patch, Christine) (Entered: 03/28/2005) |
| 03/22/2005 | ○ 139 | Judge Patti B. Saris : ORDER entered. STATEMENT OF REASONS as to Willie Hester (Patch, Christine) (Entered: 03/28/2005) |
| 03/22/2005 | ○ 140 | Judge Patti B. Saris : ORDER entered. MEMORANDUM OF SENTENCING HEARING AND REPORT OF STATEMENT OF REASONS as to Willie Hester (Patch, Christine) (Entered: 03/28/2005) |
| 03/22/2005 | ○ 141 | Assented to MOTION for Reconsideration re [130] MOTION to Continue to Sentencing filed by Adam Ellard. (Patch, Christine) (Entered: 04/05/2005) |
| 03/22/2005 | ○ | Judge Patti B. Saris : Electronic ORDER entered granting 141 Assented to Motion for Reconsideration re [130] MOTION to Continue to Sentencing filed by Adam Ellard (1). (Patch, Christine) (Entered: |

| | | |
|---|---|---|
| | | 04/05/2005) |
| 04/27/2005 | ☀ | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Sentencing held on 4/27/2005 for Tavon Robinson (3), Count(s) 1s, 3s, 4s, 5s, Court sentences defendant to 137 months imprisonment, 36 months supervised release w/ conditions, $400 special assessment. Defendant informed of right of appeal. Defendant requests appointment of new counsel for purposes of appeal. Court allows appointment of new CJA counsel. (Court Reporter Niles Fowlkes.) (Alba, Robert) Modified on 4/27/2005 (Alba, Robert). (Entered: 04/27/2005) |
| 04/27/2005 | 142 | ATTORNEY ASSIGNMENT Request as to Tavon Robinson forwarded to Clerk to Magistrate Judge Bowler. (Alba, Robert) (Entered: 04/27/2005) |
| 04/28/2005 | 143 | Judge Patti B. Saris : ORDER entered. JUDGMENT as to Tavon Robinson (3), Count(s) 1s, 3s, 4s, 5s, Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 137 months: 77 months on counts 1s, 3s, and 4s concurrently with each other; 60 months on count 5s consecutive to terms imposed on counts 1s, 3s, and 4s. The Court makes a recommendation to a FCI in Pennsylvania with a 500 hour drug treatment program. Defendant is remdanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months. Defedant is to participate in drug testing under the terms and direction of US Probation. Defendant is to procure full-time employment, or get a college degree. The $400.00 Special Assessment is due immediately. (Patch, Christine) (Entered: 05/02/2005) |
| 04/28/2005 | 144 | Judge Patti B. Saris : ORDER entered. STATEMENT OF REASONS as to Tavon Robinson (Patch, |

| | | Christine) (Entered: 05/02/2005) |
|---|---|---|
| 04/28/2005 | ●145 | Judge Patti B. Saris : ORDER entered. MEMORANDUM OF SENTENCING HEARING AND REPORT OF STATEMENT OF REASONS as to Tavon Robinson (Patch, Christine) (Entered: 05/02/2005) |
| 05/02/2005 | ● | Judge update in the case of Tavon Robinson; Magistrate Judge Marianne B. Bowler no longer assigned to the case; Counsel will be appointed for the deft. by the Court of Appeals when it receives the notice of filing the appeal from the District Court. (Saccoccio, Dianalynn) (Entered: 05/02/2005) |
| 05/02/2005 | ●146 | NOTICE OF APPEAL by Tavon Robinson re <u>143</u> Judgment of Conviction entered on April 28, 2005. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/23/2005. (Alba, Robert) (Entered: 05/02/2005) |