04-10168-PBS

4-28-05

Dear Sir/Maddame,

Please send a copy of my signed judgement & commitment papers directly to me. I currently have no legal representation, so I wish to receive all of my paper work. Also, whenever it can be made available, please send a copy of my trial & sentencing transcripts.

Thank you, very much, in advance for your assistance.

Respectfully,

x Tavon Robinson

Return Address: Tavon Robinson #37513
PCCF - 26 Long Pond Rd.
Plymouth, MA 02360