5/1/05

Judge Saris,

You're probably tired of seeing my ugly handwriting, so I'll make this as brief as possible.

I can't say that I'm happy w/ my sentence, but I'm writing to thank you for the humane & respectful treatment that you showed me during my sentencing hearing. My family, though they took my sentence hard, has nothing but good things to say about you & my feelings are the same. Hopefully I'll never see you again (don't take that the wrong way), & when I'm finished paying for my crime, I will walk the right path & live out my full potential.

Happy Mothers day, if it's necessary, & thank you again!

Sincerely,

Tavon Robinson