5/18/05

Judge Saris,

I have not heard from an attorney yet & am unaware if one has been assigned to me for my appeal at this point. I'm actually unaware of how long it's suppose to take in order to have one assigned to me. If it's possible, please have one assigned to me **before** I am taken out of this state, because it's important to me that I meet him/her face to face.

Thank you, in advance, for your help.

Respectfully,

*T. R.*

Tavon Robinson

FILED CLERKS OFFICE
2005 MAY 23 A 11: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.