June 2, 2005
Tavon Robinson #A93627
P.O. Box #100
S. Walpole, MA 02071

Dear Sir/Maddame,

I previously wrote this office on April 29, 2005, but recieved no response. I was sentenced on April 27, 2005 in front of Judge Patti B. Saris, at which time I orally submitted my notice of appeal & dismissed Attorney Paul Markham from further representing me.

Please send me the necessary documents to sign, in order to make these matters official, & so I can be appointed a new attorney for my appeal. Also, please forward me a copy of my judgement & comitment papers, as well as any other necessary documents available for my appeal or general purpose.

I would appreciate it if I recieve a responce in a timely fashion, as time is of major concern. I can be moved out of state any day now. I thank you, in advance, for your assistance.

Respectfully,

Tavon Robinson