June 24, 2005

Dear [illegible],

This is my fourth letter to your office, I also wrote one to Judge Saris regarding my appeal. I have not recieved a response yet, it's been nearly [illegible] weeks.

I only filed a notice of appeal [illegible], but I have recieved word [illegible] on that side also [illegible] [illegible] the proper paperwork to sign in order to be appointed a new attorney that can take the next step in my appeal process. I've been writing & making copies of my letters [illegible] [illegible] but I'm [illegible] [illegible] [illegible] [illegible].

Once again, please respond to me [illegible] [illegible] [illegible] please [illegible] in soon [illegible] [illegible].

Respectfully,

[signature]
[illegible]

P.S. — [illegible] requested a copy of [illegible] [illegible] [illegible] to this letter, so [illegible] [illegible] that also.