# United States Court of Appeals
## For the First Circuit

No. 05-1650

UNITED STATES,

Appellee,

v.

TAVON ROBINSON,

Defendant - Appellant.

---

### ORDER OF COURT
Entered: December 8, 2005

Counsel for defendant-appellant Tavon Robinson has moved to vacate the briefing schedule in this case on the grounds that the transcript of appellant's change of plea hearing held on January 5, 2005, ordered on or about June 27, 2005, has not yet been filed.

Court reporter Lee Marzilli is hereby ordered to file the requested transcript on or before **1/9/06.**

The briefing schedule set on November 22, 2005 is hereby vacated. A new briefing schedule will issue once the record on appeal, including the transcript of the appellant's January 5, 2005 change of plea hearing, is complete.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: /s/ Date: 11/8/05

By the Court:
Richard Cushing Donovan, Clerk

By: AMY B. LEDERER
Appeals Attorney

[Certified Copy: Lee Marzilli, Court Reporter, Sarah Allison Thornton, Clerk, USDC]
[cc: Ben Clements, Esq., David Tobin, AUSA, Dina Michael Chaitowitz, AUSA, Michael Pelgro, AUSA, Bruce Ellisen, Esq.]