04-10168

# United States Court of Appeals
## For the First Circuit

No. 05-1650

UNITED STATES

Appellee

v.

TAVON ROBINSON

Defendant - Appellant

### ORDER OF COURT

Entered: January 5, 2007
Pursuant to 1st Cir. R. 27.0(d)

Ben T. Clements' motion to withdraw as counsel for the Appellant, Tavon Robinson, is allowed.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

[cc: Ben T. Clements, Esq., Ingrid Schupbach Martin, David G. Tobin, AUSA, Dina Michael Chaitowitz, AUSA, Michael J. Pelgro, AUSA, Cynthia Young, AUSA, Bruce R. Ellisen, Esq.]