# United States Court of Appeals
## For the First Circuit

04-10168
USDC/MA
Saris, P

# MANDATE

No. 05-1650

UNITED STATES OF AMERICA,

Appellee,

v.

TAVON ROBINSON,

Defendant, Appellant.

---

**JUDGMENT**

Entered: January 11, 2007

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Tavon Robinson's convictions and sentence are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/1/07

By the Court:

RICHARD CUSHING DONOVAN
_____
Richard Cushing Donovan, Clerk

[cc: Mr. Clements, Ms. Schupbach Martin, Mr. Tobin, Ms. Chaitowitz, Mr. Pelgro, Ms. Young, & Mr. Ellisen.]