United States District Court for the

First Circuit

FILED
IN CLERKS OFFICE
2008 FEB 15 P 12: 28
U.S. DISTRICT
DISTRICT OF MASS.

United States of America

v.

Tavon Robinson

(Petitioner)

Docket No. 04-10168-PBS

Motion to Extend 28 U.S.C. §2255 Briefing Schedule

Petitioner, Tavon Robinson, (Robinson), respectfully moves for an extension of the filing date of his 2255 motion. Specifically, Robinson is involved in an ongoing litigation in Suffolk Superior Court which directly affects the outcome of his 2255 motion. Robinson requests that this honorable court grant him an extension of, at least, thirty days from his current deadline. Furthermore, this institution has sustained five months of emergency lockdowns within the past seven months, which made it nearly impossible to work on any litigation.

Wherefore, Robinson respectfully requests that the court extend the deadline of April 11, 2008, for, at least, thirty days.

Respectfully submitted

Tavon Robinson #25182-038

USP-2

P.O. Box 1034

Coleman, FL 335__