Tavon Robinson #25182-038
USP-2
P.O. Box 1034

United States District Court
Office of the Clerk
1 Courthouse Way, Suite 2300
Boston, MA 02210

March 5, 2007

Re: USA v. Ellard et al, 1:04-cr-10168 (Notice of electronic filing)(Filed on 2-20-08)

Dear Clerk:

Thank you for filing & having my motion granted, in order to extend the time I have to file my 2255 motion. I am, however, unclear as to exactly how long my extension was granted for, & exactly what date my motion is due on. Please send me a docket entry sheet, or some form of documentation showing me the extension time & due date.

Also I would like to know if the court is able to provide me with a docket entry sheet of my grand jury sitting.

Thank you for your assistance, & I hope to hear from you soon.

Respectfully,

T-R

Tavon Robinson #25182-038
USP-2 / P.O. Box 1034
Coleman, FL 33521