<u>United States District Court</u>

<u>First Circuit</u>

United States of America

v.                                               Docket No. 04-10168-PBS

Tavon Robinson (Petitioner)

<u>Motion to Extend 28 U.S.C. §2255 Briefing Schedule</u>

Petitioner, Tavon Robinson, respectfully moves for an extension of the filing date of his 2255 motion. Robinson is still involved in an ongoing litigation in Suffolk Superior Court, which directly affects the outcome of his 2255 motion. Furthermore, additional time is needed due to the five months of emergency lock downs at this facility.

Robinson received one extension, on February 21, 2008, for what he assumes is a thirty day extension. If in fact his extension is for thirty days, Robinson requests one more extension of thirty days, as he is sure that this extension will be adequate to complete his 2255 brief.

Wherefore, Robinson respectfully requests that the court extend his briefing schedule for an additional thirty days.

Respectfully Submitted,

Tavon Robinson #25182-038
USP-2
P.O. Box 1034
Coleman, FL 33521

April 16, 2008