Tavon Robinson #25182-038
USP-2
P.O. Box 1034

United States District Court                                    March 5, 2007
Office of the Clerk
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: USA v. Ellard et al, 1:04-cr-10168  (Notice of electronic Filing)(Filed on 2-20-08)

Dear Clerk;

Thank you for filing & having my motion granted, in order to extend the time I have to file my 2255 motion. I am, however, unclear as to exactly how long my extension was granted for, & exactly what date my motion is due on. Please send me a docket entry sheet, or some form of documentation showing me the extension time & due date.
Also I would like to know if the court is able to provide me with a docket entry sheet of my grand jury sitting.
Thank you for your assistance, & I hope to hear from you soon.

Respectfully,
7-R
Tavon Robinson #25182-038
USP-2 / P.O. Box 1034
Coleman, FL 33521

Tavon Robinson #25782-038
USP-2
P.O. Box 1034
Coleman, FL 33521

Courthouse way
Office of the Criminal Clerk
United States District Court
Boston, MA 02110

3-26-08

Dear Clerk:

I wrote a letter, requesting my docket entry sheet, in order to find out the exact amount of time I received on the extension of my 2255 motion. The docket sheet does not specify the date of my filing deadline. Please write me back & tell me the exact date that my 2255 is due.

Thank you for your assistance. I hope to hear from your office as soon as possible, as time is truely of the essence. Thank you.

Respectfully,

Tavon Robinson #25782-038
USP-2
P.O. Box 1034
Coleman, FL 33521

cc, File

Mr Tavon Robinson
#25182-038
USP-2
PO Box 1034
Coleman, FL 33521

April 1, 2008

Dear Mr. Robinson,

   Enclosed please find a copy of the Motion from you requesting the extension of time and the electronic order below granting the extension you requested in your motion.

**Judge Patti B. Saris: Electronic ORDER entered granting**

**1. 214 Motion for Extension of Time to File 2255 Motion as to Tavon Robinson (3) (Patch, Christine) (Entered: 02/21/2008)**

Respectfully,

Customer Svc/US District Court/Boston