150

| 1 | A | Yes, I looked over the roof and I |

1    A        Yes, I looked over the roof and I

2             observed Officer Jones removing Mr. Robinson

3             from the vehicle, and he began to escort him to

4             Trooper Outerbridge.

5    Q        And Trooper Outerbridge was standing

6             where?

7    A        Officer Jones was to his -- to Mr.

8             Robinson's left.  I believe Trooper Outerbridge

9             was to his right.

10   Q        What, if anything, did you observe

11            happen at the time that Officer Jones was

12            escorting Mr. Robinson towards Trooper

13            Outerbridge?

14   A        I observed Trooper Outerbridge to grab

15            onto Mr. Robinson's jacket.  At that point, I

16            observed Mr. Robinson make a motion like that.

17   Q        Which arm is that you're using?

18   A        That was his right arm.

19   Q        Was that the same arm that Trooper

20            Outerbridge was holding onto by the jacket?

21   A        Yes.

22   Q        What else did you observe, sir?

23   A        I observed Mr. Robinson then turn and

24            start to run down Creston Street, across Blue

2-1

151

1           Hill Avenue in the direction of Otisfield

2           Street.

3       Q           At this point, is it still just the

4           four officers that you've identified earlier as

5           being present at the scene?

6       A           Yes.

7       Q           When you made that observation of Mr.

8           Robinson running down Creston Street towards

9           Blue Hill Avenue, what if anything did you do?

10      A           I released Jakeed Davis to Officer

11          Friere, and I began to pursue him.

12                  MR. KING:  If I could just have

13          Exhibit 1?

14      Q           Officer Brown, if you could approach

15          the chart again, or Exhibit No. 1 again.  Can

16          you point to the direction in which you

17          observed Mr. Robinson run after he gave that

18          hard hand motion to Trooper Outerbridge?

19      A           Yes.  He ran down Creston Street out

20          to Blue Hill Avenue, ran across Blue Hill

21          Avenue onto Otisfield Street, and he was

22          apprehended right around the bend right here on

23          Otisfield Street.

24                  THE COURT:  What's the name of the

153

1          time?

2     A              Yes, there were.

3     Q              Would you describe it as being not

4          busy or busy, in your definition?

5     A              It was very busy.  I'm amazed that Mr.

6          Robinson and myself weren't struck by a motor

7          vehicle as we ran across Blue Hill Avenue at

8          that time.

9     Q              What's the speed limit on Blue Hill

10         Avenue in that area, if you know?

11    A              It's posted at 30, but it's never

12         obeyed.

13    Q              In your experience in that area of

14         Blue Hill Avenue, what would you say the

15         average speed of a motor vehicle traveling in

16         either direction would be?

17    A              If the traffic is flowing, 40 to 45

18         miles per hour on average.

19    Q              You can have a seat.  At the time --

20         as you pursued Mr. Robinson across Blue Hill

21         Avenue onto Otisfield Street, at that time were

22         there any other officers, that you were aware

23         of, assisting you in that pursuit?

24    A              Yes.  Trooper Outbridge was behind me.

154

1      Coming from the opposite direction was Officer

2      McIssac and Officer Rich from Area B-2.

3    Q          Were they in a marked car or an

4      unmarked car?

5    A          They were in a marked car.

6    Q          Was that marked with a M?

7    A          Marked with an M.

8    Q          Okay, and were they also in uniform?

9    A          They were.

10   Q          At some point were you able to catch

11     up to Mr. Robinson?

12   A          Yes.

13   Q          What happened when you caught up to

14     Mr. Robinson on Otisfield Street?

15   A          He was -- Mr. Robinson was detained at

16     that point on Otisfield Street.  He was

17     handcuffed.  Right after he was handcuffed I

18     was receiving a radio transmission from Officer

19     Jones.

20   Q          How far would you say the distance is

21     from where the white Grand Marquis was stopped,

22     that's depicted in Exhibit No. 2, to where you

23     actually apprehended Mr. Robinson?

24   A          I would say probably about two-tenths

155

1      of a mile, something of that nature.

2    Q            Once you received that radio

3      transmission from Officer Jones, what did you

4      do next?

5    A            I then advised Mr. Robinson he was

6      under arrest.  He stated to me, Greg, I've got

7      some -- I have some weed on me, and I asked

8      him, you know, where is it, Tavon, and he says

9      it's in my pants, and he did not have any weed.

10     Then he asked me -- he said he was -- he has a

11     problem with asthma, could he get his inhaler.

12     I removed it from his pocket and put it in so

13     he could get a blast of his inhaler.

14   Q            So he did have an inhaler in his

15     pocket?

16   A            Yes, he did.

17   Q            What happened after that, sir?

18   A            He was then escorted back to Otisfield

19     Street.  I'm sorry, it's Creston Street.

20   Q            Who escorted him back?

21   A            I think myself and -- I think myself

22     and Trooper Outerbridge began to escort him,

23     but I believe he was placed into a cruiser,

24     actually, into Officer Rich's and Officer

211

```
1    Q              -- who had pulled their guns?
2    A              Trooper Outerbridge and Officer Craig
3           Jones.
4    Q              Had pulled their guns to protect you
5           and cover the other boys, and he is trying to
6           run from police officers who have pulled their
7           guns; is that your testimony today?
8    A              The weapons were drawn.  The prisoner
9           that had the gun on him -- that we knew had a
10          gun on him, the weapon was taken from him.
11   Q              So he was secure, sir?
12   A              The weapons were then placed back into
13          the holsters.  At that point, we were going to
14          remove the remaining three occupants from the
15          motor vehicle.  Mr. Robinson was the next
16          person being asked to step from the car.  He
17          was asked to step from the car, which he did.
18          Officer Jones, when he stepped from the car,
19          escorted him off to Trooper Outerbridge, which
20          was to his right-hand side.
21   Q              Okay, so the police officers had
22          previously removed their gun and then had put
23          it back?
24   A              Yes, sir.
```

212

| | | |
|---|---|---|
| 1 | Q | How long would it take a police |
| 2 | | officer to draw his gun again? |
| 3 | A | Hopefully not very long. |
| 4 | Q | A second, a millisecond? |
| 5 | A | A second. |
| 6 | Q | A nanosecond? |
| 7 | A | A second. |
| 8 | Q | Okay, so here is a driver who had |
| 9 | | given you his motor vehicle license -- |
| 10 | A | Yes. |
| 11 | Q | Who had seen police officers around |
| 12 | | the car with guns pointed at everybody in the |
| 13 | | car, decides I'm going to run from this |
| 14 | | incident because they're not going to draw |
| 15 | | their gun against me; is that -- |
| 16 | A | What are you going to do, shoot him |
| 17 | | while he runs, sir? He ran. He was chased. |
| 18 | | He was apprehended. |
| 19 | Q | Okay, now during the course of this |
| 20 | | chase, did you ever hear Mr. Robinson -- strike |
| 21 | | that. Fair to say if I shoot a bullet out of a |
| 22 | | gun, it's coming out of that gun pretty fast? |
| 23 | A | Who would you implying is shooting a |
| 24 | | bullet out of a gun? |

31

```
 1              the passenger was in possession of a firearm.

 2    Q              Who alerted you to that?

 3    A              Officer Brown.

 4    Q              So your removal of Mr. Robinson began

 5              after that alert from Officer Brown?

 6    A              Yes.

 7    Q              After you heard that alert from

 8              Officer Brown, did you draw your weapon at all?

 9    A              Yes, definitely.

10    Q              Was someone assisting you?

11    A              Trooper Derek Outerbridge.

12    Q              Did he draw his weapon, if you know?

13    A              I'm not positive.  I believe he did.

14    Q              Do you know whether or not Officer

15              Brown had secured that firearm from the

16              passenger prior to you removing -- excuse me,

17              prior -- yes, prior to you removing the

18              defendant, Mr. Robinson, from the car?

19    A              I don't recall if he had him secured

20              or not.

21    Q              Once you removed Mr. Robinson from the

22              car, can you describe to the jurors what

23              happened next?

24    A              After I removed Mr. Robinson from the
```

32

1    vehicle, I handed him back to Trooper

2    Outerbridge.

3  Q    When you say you handed him back, can

4    you just explain in a little more detail?

5  A    I told Trooper Outerbridge to hold

6    onto him.

7  Q    When you say -- did you physically

8    have your hand on Mr. Robinson when you were

9    passing him back?

10  A    Yes, I did.

11  Q    What happened next, sir?

12  A    At that point, Mr. Robinson broke away

13    from Trooper Outerbridge and ran down Creston

14    Street, across Blue Hill Ave. and onto

15    Otisfield Street.

16  Q    Did you give chase to Mr. Robinson?

17  A    No, I did not.

18  Q    Did you see any officers give chase to

19    Mr. Robinson?

20  A    Officer Brown and Trooper Outerbridge.

21  Q    So that left at least you and Officer

22    Friere still at the car with the other three

23    individuals?

24  A    Yes.

39

1    Q          Sir, after you observed that firearm,

2         what do you do next?

3    A          As I said, I alerted my partners to

4         the fact that there was a second firearm in the

5         vehicle from the suspect that ran, Mr.

6         Robinson.

7    Q          At some point did you become aware

8         that Mr. Robinson had been caught on Otisfield

9         Street?

10    A          Yes.

11    Q          After that, the officers who you

12         initially saw run away chasing Mr. Robinson,

13         did you see them again?

14    A          Yes, they returned.

15    Q          Once they returned what, if anything,

16         did you do next?

17    A          We began to remove the other occupants

18         from the rear seat of the vehicle.

19    Q          Which occupant did you personally

20         remove or assist in removing?

21    A          Ricky Newton.

22    Q          Where was he seated, sir?

23    A          He was seated in the rear seat behind

24         the driver.

40

1   Q           When you pulled Mr. Newton out of the

2               car, did you conduct a pat frisk of him?

3   A           Yes.

4   Q           Did you feel anything on him?

5   A           Yes.  He was in possession of several

6               bags of marijuana.  I don't recall how many.

7   Q           Is your memory exhausted as to how

8               many bags of marijuana Mr. Newton possessed?

9   A           Yes.  The exact number, yes.

10              MR. TARDIFF:  I object to that line,

11              Your Honor.

12              THE COURT:  Well, just review the

13              report.  If it refreshes your memory, tell Mr.

14              King that and he'll ask you another question.

15              If it doesn't refresh your memory, then we'll

16              just go on from there.  But just read it to

17              yourself.

18              (Witness views document.)

19  Q           Is your memory refreshed as to how

20              many bags of marijuana were recovered from Mr.

21              Ricky Newton?

22  A           Yes, it is.

23  Q           Sir, how many bags was that?

24  A           Thirty-four bags.

56

1          everybody out of the car when you looked --

2     A          No.

3     Q          No?

4     A          No.

5     Q          The people -- two people were still,

6          at least, in the backseat?

7     A          In the rear seat, yes.

8     Q          And your leaning into the driver's

9          side.  Your first inclination was what, to

10          secure the two prisoners or --

11     A          My first --

12     Q          What was in your mind when you went

13          into the front seat?

14     A          My first inclination was to make sure

15          that the firearm that I saw was real.  That was

16          my first inclination, so I pulled it out and

17          looked at it.

18     Q          Okay, so you opened the door?

19     A          No.  The door was already open.

20     Q          Then you went into the driver's seat?

21     A          Yes.

22     Q          Okay, but what was your first mental

23          impression?  Were you going into -- were you

24          looking to secure the rear passengers or did

58

1          officer took custody of the weapons and went to

2          ballistics, et cetera, et cetera?

3     A          Yes.

4               MR. TARDIFF:  That's all.  Thank you

5          very much.

6               THE COURT:  Do you have anything else,

7          Mr. King?

8               MR. KING:  Yes.

9

10    REDIRECT EXAMINATION BY MR. KING:

11    Q          Officer Jones, when Office Brown gave

12         the alert for gun, where was Mr. Robinson?  Was

13         he in the car or out of the car at that point?

14    A          Mr. Robinson was still in the vehicle.

15         I was taking him out of the vehicle.

16    Q          But he was still seated at that point?

17    A          I don't recall if he was still seated.

18         I don't think he was still seated.  He was -- I

19         was taking him out.

20    Q          Okay, so it was halfway in between him

21         coming out?

22    A          Yes.

23    Q          Once the alert for gun went off, is

24         that -- had Mr. Robinson gone into Trooper

59

1         Outerbridge's custody yet?

2    A         Yes.

3    Q         Or was he still in your custody when

4         the gun alert --

5    A         He was in, I believe, Trooper

6         Outerbridge's custody.

7              MR. KING:  No further questions.

8              THE COURT:  Anything else?

9              MR. TARDIFF:  No, thank you, Your

10        Honor.

11             MR. KING:  Officer Mark Millane.

12

13   POLICE OFFICER MARK MILLANE, (SWORN.)

14   DIRECT EXAMINATION BY MR. KING:

15   Q         Good morning, sir.

16   A         Good morning.

17   Q         Would you state your first and last

18        name for the record?

19   A         Officer Mark Millane.

20   Q         How do you spell your last name, sir?

21   A         M-I-L-L-A-N-E.

22   Q         And you're a Boston Housing officer?

23   A         Yes, I am.

24   Q         How long have you been a member of

62

1       respect to Creston Street?

2   A           It's right across -- Creston Street,

3       Blue Hill Ave. and Otisfield Street is just up

4       on the left.

5   Q           What kind of area -- what kind of road

6       is  Blue Hill Avenue?  What kind of

7       thoroughfare is it?

8   A           It's pretty much a main street that

9       runs through Boston, Roxbury, Dorchester.

10  Q           When you responded to Otisfield

11      Street, what if anything did you see?

12  A           I observed a couple of officers,

13      Officer Greg Brown, a couple of uniform

14      officers struggling with an individual on the

15      ground.  They seemed like they were struggling.

16      They ended up subduing him.  They ended up like

17      handcuffing him.

18  Q           The individual who they handcuffed on

19      Otisfield Street, do you see that individual

20      here in the courtroom today?

21  A           I believe that's him sitting right

22      beside his lawyer there in a suit.

23              MR. KING:  Your Honor, may the record

24      reflect that the officer's identified the