Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

## SUCR2001-10654
## Commonwealth v Robinson, Tavon

| Date | Paper | Text |
|---|---|---|
| 07/18/2001 | 1.0 | Indictment returned |
| 07/18/2001 | 2.0 | Motion by Commonwealth for arrest warrant to issue; filed & allowed (Spurlock, RAJ) |
| 07/18/2001 | | Warrant on indictment issued |
| 07/18/2001 | | Warrant was entered onto the Warrant Management System July 18, 2001 |
| 10/01/2001 | | Brought into court on true warrant printout. Warrant recalled. Appointment of Counsel John G Tardif (Notified 10/02/2001) |
| 10/01/2001 | | Deft arraigned before Court |
| 10/01/2001 | | Deft waives reading of indictment |
| 10/01/2001 | | RE Offense 1:Plea of not guilty |
| 10/01/2001 | | Deft released on personal recognizance in sum of $100.00 without surety, without prejudice. Bail warning read. Wilson, AC/M - M. King, ADA - C. Smith, Court Reporter - J. Tardif, Attorney. |
| 10/01/2001 | | Warrant canceled on the Warrant Management System October 01, 2001 |
| 10/24/2001 | 3.0 | Defendant not in court. Pre-trial conference report filed. Motions to be filed by 11/23/2001. |
| 10/24/2001 | 4.0 | Deft files motion for approval of funds to retain an investigator |
| 10/24/2001 | | Motion (P#4) allowed as endorsed. Wilson, AC/M - C. Smith, Court Reporter - J. Tardif, Attorney. |
| 10/29/2001 | 4.1 | Commonwealth files Letter to Attorney J. Tardif re: discovery. |
| 11/29/2001 | 5.0 | Defendant not in Court. Deft files motion for funds. |
| 11/29/2001 | | Motion (P#5) allowed up to $500.00. Motions to be filed 1/23/02. Wilson, AC/M - M. King, ADA - K. Rael, Court Reporter - J. Tardif, Attorney |
| 03/26/2002 | 6.0 | Commonwealth files supplemental certificate of discovery compliance. |
| 07/30/2002 | | Defendant not in court. Continued until October 28, 2002 by agreement for trial. Case assigned to 5th Criminal Session, courtroom 12. G.Wilson, Mag. - C.Bartolini for M.King, ADA - E.R.D. |
| 12/05/2002 | | Comes into court. Case assigned to 2nd Criminal Session, courtroom 8 for trial week of 3/3/03. Wilson, AC/M - M. King, ADA - ERD - J. Tardiff, Attorney. |
| 05/29/2003 | | Defendant came into court. Case returned to Magistrate's session for conference on trial assignment. (Deft. sentenced on 01-10671) - Brady, J. - M. King, ADA - N. McCann, Court Reporter - J. Tardif, Atty. Case assigned to the 2nd Criminal Session Rm 8 (Notices Sent) |
| 09/10/2003 | | Defendant brought into Court. |
| 09/10/2003 | | Commonwealth's oral motion to increase bail, after hearing, allowed Deft's ordered to recognizes in the amount 15,00.00 surety or in the alternative $l,500.00 cash. BWR   Spurlock, J. - L. Marschard, ADA - N. King, Court Reporter - J. Tardiff, Attorney |
| 10/01/2003 | | Defendant not present. Case received from II Session. |
| 10/01/2003 | | Defendant defaulted; warrant to issue. Wilson, Mag - M. King, ADA - ERD |
| 10/01/2003 | | Warrant was entered onto the Warrant Management System October 01, 2003 |
| 10/07/2003 | | Notice of outstanding warrant returned. |

MASXP-20050621    Commonwealth of Massachusetts    11/23/2005
SUFFOLK SUPERIOR COURT    11:37 AM
Case Summary
Criminal Docket

## SUCR2001-10654
## Commonwealth v Robinson, Tavon

| Date | Paper | Text |
|---|---|---|
| 10/09/2003 | | Defendant brought into court. |
| 10/09/2003 | | Default removed; warrant recalled |
| 10/09/2003 | | Appointment of Counsel John P Moss - bail only. |
| 10/09/2003 | | Appointment of Counsel John Tardif - case-in-chief. Prior order of bail reinstated $15,000.00 with surety or $1,500.00 cash without prejudice. Bail warning read. Wilson, Mag - M. King, ADA - ERD - J. Moss, Attorney |
| 10/09/2003 | | Deft discharged |
| 01/21/2004 | | Defendant comes into court. |
| 01/21/2004 | 7.0 | Commonwealth's List of Potential Witnesses, filed. |
| 01/21/2004 | 8.0 | Defendant's Motion in Limine, filed after hearing |
| 01/21/2004 | 9.0 | Defendant's Requested Voir Dire, filed. |
| 01/21/2004 | 10.0 | Defendant's Motion for Sequestration of Witnesses, filed and allowed. |
| 01/21/2004 | 11.0 | Defendant's Motion in Limine (Mug Shot), filed after hearing |
| 01/21/2004 | 12.0 | Defendant's Motion in Limine to Exclude Evidence of Defendant's Prior Conviction, filed after hearing. |
| 01/21/2004 | | Commonwealth moves for trial. |
| 01/21/2004 | | Court orders a panel of (14) Fourteen jurors seated, after hearing (14) Fourteen jurors seated and sworn. Trial commences. Spurlock, J. - M. King, ADA - N. King, Court Reporter, J. Tardif. |
| 01/22/2004 | | Defendant comes into court. |
| 01/22/2004 | | Trial continues. |
| 01/22/2004 | | Commonwealth rest it's case in chief. |
| 01/22/2004 | 13.0 | Defendant's Motion for Required Finding of Not Guilty, filed after hearing denied. |
| 01/22/2004 | | Defense rest. |
| 01/22/2004 | | At final submission of this case and a panel of (14) Fourteen jurors seated court orders the jury reduced to (12) Twelve members, after hearing juror (#10) Jennifer Moore and (#14)Kenichi Hartman are designated as alternate jurors. Deliberations commence. |
| 01/22/2004 | | Jury Question #1 marked "A" for I.D. |
| 01/22/2004 | | Jury Question #2 marked "B" for I.D. |
| 01/22/2004 | | Jury Response #3 marked "C" for I.D. |
| 01/22/2004 | | After hearing Court declares a Mistrial. Jury dismissed. Case scheduled to 1/27/04 for Trial. Spurlock,J. - M. King, ADA - N. King, Court Reporter - J. Tardif, Attorney. |
| 01/28/2004 | | Defendant comes into court. |
| 01/28/2004 | 14.0 | Commonwealth's Motion in Limine, filed after hearing allowed. |
| 01/28/2004 | 15.0 | Commonwealth's Motion in Limine, filed after hearing allowed. |
| 01/28/2004 | | Commonwealth moves trial. |
| 01/28/2004 | | Court orders a panel of (14) Fourteen jurors impanelled, after hearing (14) Fourteen jurors seated and sworn. |
| 01/29/2004 | | Defendant comes into court. |
| 01/29/2004 | | Trial continues. |
| 01/29/2004 | | Commonwealth rest it's case in chief. |
| 01/29/2004 | 16.0 | Defendant's Motion for a Required Finding of Not Guilty on Charge of |

Case 1:04-cr-10168-PBS   Document 222-7   Filed 06/12/2008   Page 3 of 8

MASXP-20050621                                                                     11/23/2005
                              Commonwealth of Massachusetts                         11:37 AM
                                 SUFFOLK SUPERIOR COURT
                                       Case Summary
                                      Criminal Docket

                                      SUCR2001-10654
                                 Commonwealth v Robinson, Tavon

| Date | Paper | Text |
|---|---|---|
| | 16.0 | Possesion of a Firearm, filed after hearing Denied. |
| 01/29/2004 | | Defense rest. At final submission of this case and a jury of (14) Fourteen jurors seated, Court orders the jury reduced to (12) Twelve, after hearing Juror's (#7) - John King and (#8) - Stacey Welch are designated as alternate juror. Deliberations commence. |
| 01/29/2004 | 17.0 | As to #001 - Verdict of not guilty. Verdict Affirmed. Verdict Slip fied . |
| 01/29/2004 | | RE Offense 1:Not guilty verdict |
| 01/29/2004 | | Defendant Discharged. Exhibit's returned to Commonwealth. Spurlock, J. - M. King, ADA - N. King, Court Reporter - J. Tardif, Attorney. |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 10/01/2001 | Magistrate Ctrm 705 | Arraignment | Event held as scheduled |
| 10/24/2001 | Magistrate Ctrm 705 | Continuance by agreement Conference: Pre-Trial | Event held as scheduled |
| 11/29/2001 | Magistrate Ctrm 705 | Continuance by agreement Hearing: Non-eviden-Discovery | Event held as scheduled |
| 12/06/2001 | Criminal 1 Ctrm 704 | Continuance by agreement Bail: Review | Event held as scheduled |
| 01/28/2002 | Criminal 1 Ctrm 704 | by agreement - also on re: filing of evidentary motions and trial assignment Hearing: Evidentiary-affidavit | Event canceled not re-scheduled |
| 04/29/2002 | Criminal 6 Ctrm 906 | continuance by agreement Hearing: Evidentiary-affidavit | Event not held--joint request |
| 05/14/2002 | Criminal 6 Ctrm 906 | Hearing: Misc Matters | Event held as scheduled |
| 06/06/2002 | Criminal 6 Ctrm 906 | re: setting of date for motion to suppress Hearing: Evidentiary-suppression | Event not reached by Court |
| 07/16/2002 | Criminal 6 Ctrm 906 | 3-4 hours. Hearing: Evidentiary-suppression | Event not held--joint request |
| 07/30/2002 | Criminal 1 Ctrm 704 | Continued by agreement. Notice sent Hearing: Misc Matters | Event moved to another session |
| 07/30/2002 | Magistrate Ctrm 705 | trial assignment Conference: Trial Assignment | Event held as scheduled |
| 10/28/2002 | Criminal 5 Ctrm 817 | TRIAL: by jury | Event canceled not re-scheduled |
| 10/28/2002 | Magistrate Ctrm 705 | Notice sent Status: Administrative Review | Event held as scheduled |
| 12/05/2002 | Magistrate Ctrm 705 | Awaiting Finding of King, J. Conference: Trial Assignment | Event held as scheduled |
| 03/03/2003 | Criminal 2 Ctrm 806 | Continuance by agreement TRIAL: by jury | Event canceled not re-scheduled |
| 03/07/2003 | Criminal 2 Ctrm 806 | Notice sent Conference: Trial Assignment | Event held as scheduled |
| 04/25/2003 | Magistrate Ctrm 705 | Bail: Review | Event canceled not re-scheduled |
| 04/28/2003 | Magistrate Ctrm 705 | Bail: Review | Event canceled not re-scheduled |
| 05/05/2003 | Criminal 2 Ctrm 806 | TRIAL: by jury | Event not reached by Court |
| 05/13/2003 | Criminal 4 Ctrm 815 | Continuance at requesat of the defendant. Court orders this period excluded under MR.C.P 36. TRIAL: by jury | Event not reached by Court |
| 05/15/2003 | Criminal 4 Ctrm 815 | TRIAL: by jury | Event not held--joint request |

MASXP-20050621   11/23/2005
Commonwealth of Massachusetts   11:37 AM
SUFFOLK SUPERIOR COURT
Case Summary
Criminal Docket

## SUCR2001-10654
## Commonwealth v Robinson, Tavon

| Date | Session | Event | Result |
|---|---|---|---|
| 05/29/2003 | Criminal 4 Ctrm 815 | Conference: Trial Assignment | Event not held--joint request |
| | | by agreement | |
| 06/18/2003 | Magistrate Ctrm 705 | Conference: Trial Assignment | Event held as scheduled |
| | | by agreement | |
| 09/10/2003 | Criminal 2 Ctrm 806 | Bail: Review | Event held as scheduled |
| | | by order of the Court - habe issued and faxed 9/8/03 | |
| 09/29/2003 | Criminal 2 Ctrm 806 | Conference: Trial Assignment | Event not held--joint request |
| | | Notices mailed 6/19/03 w/copy in case. Defendant held in Custody In New Jersey. | |
| 10/01/2003 | Criminal 2 Ctrm 806 | Conference: Trial Assignment | Defendant did not appear/default |
| | | By agreement | |
| 10/30/2003 | Magistrate Ctrm 705 | Hearing: Fugitive/ Bail Forfeit | Event canceled not re-scheduled |
| | | Continued by Order of Court. | |
| 11/12/2003 | Criminal 2 Ctrm 806 | Conference: Trial Assignment | Event held as scheduled |
| | | By agreement. (notice sent 11/4/03) | |
| 01/20/2004 | Criminal 2 Ctrm 806 | TRIAL: by jury | Event not held--req of Defendant |
| | | By agreement | |
| 01/21/2004 | Criminal 2 Ctrm 806 | TRIAL: by jury | Trial begins |
| | | By agreement. | |
| 01/22/2004 | Criminal 2 Ctrm 806 | TRIAL: by jury | Trial ends in Mistrial |
| | | In Progress | |
| 01/27/2004 | Criminal 2 Ctrm 806 | TRIAL: by jury | Event not held--joint request |
| | | By agreement. | |
| 01/28/2004 | Criminal 2 Ctrm 806 | TRIAL: by jury | Trial begins |
| | | By agreement. | |
| 01/29/2004 | Criminal 2 Ctrm 806 | TRIAL: by jury | Trial ends |
| | | Trial continues | |

### BAIL

| | |
|---|---|
| Bail Type | Cash |
| Bail Amount | $1,500.00 |
| Bail Status | Returned |
| Status Date | 01/30/2004 |

COMMONWEALTH OF MASSACHUSETTS

A-7

17

SUFFOLK S.S.                    Superior Court Department - Criminal

January 2004 SITTING

# Commonwealth of Massachusetts

vs

# Tavon Robinson

## VERDICT SLIP

SUCR-01- 10654 - 001: Possesion of Firearm, not Home/Work, no License
C269ss10(a)

In the above-entitled case, we the jury say that the defendant is

1. ✓ Not Guilty

2. ____ Guilty of Offense as charged

And this is their unanimous decision

Date: January 29, 2004

_____
Foreperson

# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

CRIMINAL DOCKET# SUCR2001-10671

RE:   Commonwealth v Robinson, Tavon

TO: Tavon Robinson # 25182-038
　　USP-2
　　P.O. Box 1034
　　Coleman, FL 33521

### CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on 10/23/2007 is as follows:

Deft files pro se Motion to withdraw guilty plea and for a new trial with affidavit.

**MOTION (P#26) endorsed as follows: "Denied. The fact that the [Defendant] may later have been acquitted on the firearm charge does not invalidate his prior plea of guilty on the ammunition charge. No hearing necessary." (Patrick F. Brady, Justice). Copies mailed 10/24/207**

Dated at Boston, Massachusetts this 24th day of October, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　Maura A. Hennigan,
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Courts

Location: Criminal 4 Ctrm 815 (Three Pemberton Square, Boston)

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**

Commonwealth of Massachusettes

Superior Court

No. 96-11470-002

Commonwealth of Massachusetts

v

Tavon Robinson (Defendant)

## Motion to Appeal denial of Rule 30(b) Motion

Defendant, Robinson, had his Mass. R. Crim. P. 30(b) motion denied by Suffolk Superior Court Judge, Brady. Robinson's motion was denied unjustly. Robinson's claim was presented with emphatic merit, supported by law. The fact that Robinson was later acquitted of the firearm offense most definately invalidates his prior plea of guilty on the ammunition offense. The four rounds of ammunition that Robinson plead to were found inside of the acquitted firearm. A reasonable Jury found him not guilty of the firearm, based on the evidence presented with this motion. If Robinson's motion is without merit, then he was allowed, by the court, to enter into an illegal plea. It is in the interest of justice to allow Robinson to withdraw his guilty plea & afford him a new trial.

Robinson's appeal is not timely, due to a ninety day institutional lockdown between the dates of November 3, 2007 through February 1, 2008. Robinson alerted the court that his appeal would be filed late, & was advised to file his appeal, along with proof of indigency. Robinson has clearly been indigent since August 14, 1996 to the present, as he has been represented by appointed counsel in every legal matter.

## Conclusion

Due to the facts stated above, assisted by defendants original motion & attatchments, Robinson requests that this honorable court grant his appeal of this matter, allow him to withdraw his guilty plea & grant him a new trial.

## Certificate of Service

I, Tavon Robinson, hereby certify that a true copy of the above document was served by delivery upon the clerk of the court on this 7th day of February 2008.

Respectfully Submitted,

Tavon Robinson #25782-038
USP-2
P.O. Box 1034
Coleman, FL 33521