UNITED STATES DISTRICT COURT
FIRST CIRCUIT

Tavon Robinson,
   petitioner                       )

                                    )          No.

 v                                )

United States of America,       )
   respondent

MOTION FOR APPOINTMENT OF COUNSEL
FOR 2255 MOTION

Now comes the defendant, Tavon Robinson, in the above entitled action, who hereby requests that this honorable court appoint counsel to represent Me on this title 28 USC §2255 motion, as well as all other aspects of this motion. I am not well learned in Opinions, Statutes, Constitutions, Ordinances, Administrative Regulations, Administrative Decisions, Charters, Rules of the Court, Executive Orders, nor Treaties. I am also ignorant to the basics needed to perform legal research; i.e.; Terminology of legal research, Kinds of Authority, Citation of Legal Authority, Indexes, etc. In the interest of justice, counsel is necessary to complete this process.

I wish to reserve My right to amend this motion when counsel is obtained and he/she has a chance to study the records in this matter. Wherefore I respectfully pray that this court honor and order this motion.

6/9/08                                                               Tavon Robinson