Tavon Robinson #25182-038

USP-2 / P.O. Box 1034

Coleman, FL 33521

United States District Court

1 Courthouse Way, Suite 2300

Boston, MA 02210                                        7·22·08

Re: 04-10168

                                                04-CR-10168-PBS

Dear Clerk:

I received an "Order" from your office, dated 6-20-08, ordering the Respondent to file an answer to my 2255 motion w/in 20 days. It has been well over 20 days, & I have not received an answer.

Please send me a docket sheet, or some other proof of the status of my matter. Also please inform me of any time bars I may face in the future in regards to this matter.

Thank you in advance for your assistance; I hope to hear from your office soon.

                                                Respectfully,

                                                Tavon Robinson

cc. File